AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

FILED
...'S OFFICE

2004 SEP -8 P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS

Thomas H. McLain, Jr.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

City of Somerville

04cv11833 RCL

TO: (Name and address of defendant)

City of Somerville
City Hall
93 Highland Avenue
Somerville, MA  02143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James F. Lamond, Esq.
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA  01772-1834

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE  8-23-04

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE September 7, 2004 |
| NAME OF SERVER (PRINT) James F. Lamond | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail, return receipt requested on the City of Somerville, c/o John Long, Clerk, City Hall, 93 Highland Avenue, Somerville, Massachusetts 02143. Mailed on August 26, 2004.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 7, 2004
              Date

Signature of Server
James F. Lamond
McDonald & Associates
Address of Server
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA  01772-1834

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.