UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS McLAIN,<br>      Plaintiff<br><br>V.<br><br>CITY OF SOMERVILLE,<br>      Defendant | C.A. No. 04CV 11833 RCL |

### ASSENTED MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the Defendant, City of Somerville, and seeks to continue the scheduling conference to be held on November 3, 2004, at 2:30 p.m. In support of its Motion, defendant states that its attorney, Matthew Buckley, has been called out of state on another matter and is not due to return until the evening of November 3, 2004.

Plaintiff's counsel has been made aware of the conflict and assents to the motion.

                                              Respectfully submitted
                                              City of Somerville,
                                              By its attorney

ASSENTED TO:

| | |
|---|---|
| James F. Lamond, Esq, | Matthew J. Buckley |
| McDonald & Associates | Assistant City Solicitor |
| Cordaville Office Center | 93 Highland Avenue |
| 153 Cordaville Rd., Suite 210 | City Hall, Law Department |
| Southboro, MA 01772 | Somerville, MA 02143 |
| 508-485-6600 | 617-625-6600 x4403 |
| BBO# 544817 | BBO# 553390 |

## CERTIFICATE OF SERVICE

I, Matthew J. Buckley, Attorney for the Defendant City of Somerville hereby certify that I have served the above Assented Motion to Continue upon the Plaintiff by mailing same, postage prepaid to the following:

> James F. Lamond
> McDonald & Associates
> Cordaville Office Center
> 153 Cordaville Road, Suite 210
> Southborough, MA 01772

Date: Oct. 27, 2004

Matthew J. Buckley
Assistant City Solicitor