UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS MCLAIN,

　　Plaintiff,

　　v.

CITY OF SOMERVILLE,

　　Defendant

CIVIL ACTION NO.
04-CV-11833-RCL

**PARTIES' RULE 16.1(D) JOINT STATEMENT**

A.　**Joint Discovery Plan**

The parties believe that discovery should be divided into two phases, for liability and then damages. For liability, they propose to complete all discover by February 28, 2005. For damages, they propose a two-month discovery period, to run from the date that a ruling is issued on the parties' expected motions for partial summary judgment as to liability.

B.　**Motion Schedule**

　　1.　April 1, 2005 for plaintiff's motion for summary judgment as to liability.

　　2.　April 22, 2005 for defendant's opposition to same and/or for its motion for judgment on the pleadings or for summary judgment.

3. May 6, 2005 for any reply by plaintiff to defendant's opposition and/or opposition to defendant's dispositive motion.

| For the Plaintiff,<br>Thomas McLain | For the Defendant,<br>City of Somerville |
|---|---|
| By his attorneys, | By its attorney, |

Alan J. McDonald, BBO# 330960
James F. Lamond, BBO#544817
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01722
(508) 485-6600

Matthew Buckley, Esq.
BBO#553390
City of Somerville
93 Highland Avenue
Somerville, MA 02143
(617) 625-6600. X4403

Dated: December 9, 2004

Dated December 9, 2004

2