UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MCLAIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SOMERVILLE,<br><br>    Defendant | CIVIL ACTION NO.<br>04-CV-11833-RCL |

**PARTIES' JOINT MOTION TO MODIFY RULE 16 ORDER TO ENLARGE BY TWO WEEKS TIME FOR FILING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The parties jointly move the Court to extend by two weeks the date for filing their cross-motions for summary judgment, from May 27, 2005 to June 10, 2005. In support of this joint request they submit that the press of other business has interfered with their ability to prepare their respective motion papers, and state further that they do not anticipate requiring any additional time beyond that presently being requested.

| | |
|---|---|
| For the Plaintiff,<br>Thomas McLain | For the Defendant,<br>City of Somerville |
| By his attorneys, | By its attorney, |
| /s/ James F. Lamond (SH)<br>Alan J. McDonald, BBO #330960<br>James F. Lamond, BBO #544817<br>McDonald & Associates<br>Cordaville Office Center<br>153 Cordaville Road, Suite 210<br>Southborough, MA 01722<br>(508) 485-6600 | /s/ Matthew J. Buckley (SH)<br>Matthew J. Buckley, Esq.<br>BBO #553390<br>City of Somerville<br>City Hall<br>93 Highland Avenue<br>Somerville, MA 02143<br>(617) 625-6600, X4403 |
| Dated: May 24, 2005 | Dated: May 24, 2005 |