UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS McLAIN,<br>    Plaintiff )<br>)<br>)<br>V. )<br>)<br>CITY OF SOMERVILLE, )<br>    Defendant ) | C.A. No. 04CV 11833 RCL |

### ASSENTED MOTION TO ENLARGE TIME

Now comes the Defendant, City of Somerville, and seeks to enlarge the time to file summary judgment motions in the above-captioned matter. Summary Judgment motions are due today, June 10, 2005. In support of its Motion, defendant states that its attorney, Matthew Buckley, was required to respond to an unanticipated matter this week when a short order of notice was issued on a Motion for Preliminary Injunction in another case, Timmons v. The City of Somerville, Middlesex Superior Court, C.A. No. 05-1766. The hearing on that case was heard June 9, 2005 at 2 p.m. No further requests to enlarge time are anticipated.

Plaintiff's counsel assents to the motion.

WHEREFORE, Defendants respectfully request this Court extend the time required to file Summary Judgment motions up to and including June 17, 2005.

                                                 Respectfully submitted
                                                 City of Somerville,
                                                 By its attorney

ASSENTED TO:

| *James F. Lamond (mjb)* | *Matthew J. Buckley* |
|---|---|
| James F. Lamond, Esq, | Matthew J. Buckley |
| McDonald & Associates | Assistant City Solicitor |
| Cordaville Office Center | 93 Highland Avenue |
| 153 Cordaville Rd., Suite 210 | City Hall, Law Department |
| Southboro, MA 01772 | Somerville, MA 02143 |
| 508-485-6600 | 617-625-6600 x4403 |
| BBO# 544817 | BBO# 553390 |

### CERTIFICATE OF SERVICE

I, Matthew J. Buckley, Attorney for the Defendant City of Somerville hereby certify that I have served the above Assented Motion to Enlarge Time upon the Plaintiff by mailing same, postage prepaid to the following:

        James F. Lamond
        McDonald & Associates
        Cordaville Office Center
        153 Cordaville Road, Suite 210
        Southborough, MA 01772

Date: June 10, 2005

                                                 Matthew J. Buckley
                                                 Assistant City Solicitor