UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| THOMAS MCLAIN | |
| --- | --- |
| Plaintiff, | |
| v. | USDC C.A. No. 04-CV-11833-RCL |
| CITY OF SOMERVILLE, | |
| Defendant | |

## AFFIDAVIT OF JAMES F. LAMOND

Now comes the affiant who, with personal knowledge of the matters set forth below, deposes and says;

1.     My name is James F. Lamond and I am an attorney with the firm McDonald & Associated located in Southborough, Massachusetts. I am licensed to practice law in Massachusetts. Our office is counsel to the plaintiff in this matter.

2.     Attachments A – K, M – O and Q to this affidavit are true and accurate copies of documents that were provided to us by defendant's counsel in response to a discovery request.

3.     Attachment L is a true and accurate copy of a document that I received from the Executive Director of the Massachusetts Criminal Justice Training Counsel.

4.     Attachment P to this affidavit are copies of ALM Spec L Ch. S35, §§2 and 3.

Signed under the pains and penalties of perjury.

Dated: June 8, 2005

James F. Lamond

FORM 13A 6/88

PUBLIC SAFETY CIVIL SERVICE REQUISITION

City or Town_Somerville_____
Department__Police_____

Return completed Form to:
Department of Personnel Administration
Bureau of Local Government Services
One Ashburton Place, Room 307
Boston, MA 02108

Mailing Address
City Hall, 93 Highland Avenue
Zip Code___02143_____
Phone No_(617)625-6600 x3300___
Date__Oct.12, 2000_____
Fire Service_____
Police Service__xxxxxx_____

DO NOT USE THIS FORM FOR TRANSFER OR FOR REINSTATEMENT

To the Personnel Administrator:

I hereby certify that I have the power of appointment and that there are no
employees entitled to reinstatement in this position (see M.G.L. Chapter
31, Section 39) and I further certify that vacancies exist as described
below.

Vacancy Data

> I request certification from an existing eligible list. _xxxx_
> I request an examination as described on the reverse side.____

Municlass Code____0083A_____

Title:_____Police Officer_____Number of Vacancies: Five_____

XX Permanent __Temporary XX Full-Time __Reserve __Intermittent__Call

Is vacancy newly created: (Yes (4)No If Yes, date created: FY01

> If this is not a new position, complete previous incumbent data:
> Name of last permanent Civil Service incumbent in this vacancy:
> Maura Dolan terminated 10/1/1999; Paul Maclean retired 10/3/2000; Joseph Macarelli-promo.to
> Reason for absence or termination: Sgt.; BernardCotter promo.to Sgt.___
> Last date of paid employment:_____
> If temporary, reason for temporary duration_____

Appointing Authorities wishing certification and approval of appointees
prior to a specific Recruit Training Academy date are reminded that they
must allow adequate time for completion and audit of the appointments.
If slots have been reserved in a Recruit Training Academy for projected
appointees from this requisition, please indicate the proposed academy
date:_____(Informational Purposes Only)

(Complete all Applicable Information on Reverse Side)

**ATTACHMENT A**

| · or Town | Somerville Page 1 of 2 | Date | 1/11/2001 | |
|---|---|---|---|---|
| partment | Police | Division | | |
| | | | Requisition/Certification Number | 201258 |

THE APPOINTING OFFICER:

hority is hereby given to fill the vacancy(ies) identified on the above referenced requisition by selecting from
ong the applicants listed on the attached certification in accordance with the instructions which appear thereon.

### DESCRIPTION OF POSITION TO BE FILLED

| sition Title: | Police Officer | Number of Vacancies: (11) eleven | Salary Rate: |
|---|---|---|---|
| rmanent xxxx | Temporary | Military Substitute □   Full Time xxxxx   Part Time □ | |
| ermittent □ | Reserve | | |

Personnel Administrator

### NOTIFICATION OF EMPLOYMENT UNDER THE ABOVE AUTHORIZATION

To the Personnel Administrator:

As the legal Appointing Authority I have selected the undersigned individuals for appointment (or promotion)
n accordance with the law and the above authorization as follows:*

I, the signed appointee, hereby certify, under the penalties of perjury, that I have not paid and have agreed not
pay, and to the best of my knowledge, no other person has paid nor agreed to pay any money or other thing of
lue to any person in anticipation or as a result of my appointment. I hereby accept the appointment with the
iderstanding that, under the Civil Service Law and Rules, appointments are governed as follows:

Permanent appointments are subject to a probationary period of six months (twelve months for police and fire
forces).

Temporary appointments are for the duration of the vacancy.

Military substitute appointments are temporary subject to the provisions of Chapter 708, Acts of 1941, as
amended.

| Date Of Birth | Name, Home Address, S. S. # of Appointee | | Employment Date | Appointee's Signature |
|---|---|---|---|---|
| 6/20/77 | Marcos Freitas C33-62-7065 | 457 Medford St Somerville MA 02145 | October 1, 2001 | |
| 6/12/71 | Walter Collette Jr C19-66-0585 | 15 Woodbine Street Somerville MA 02143 | October 1, 2001 | |
| 1/16/71 | James Donovan C24-60-2622 | 40 Teele Avenue Somerville MA 02144 | October 1, 2001 | |
| 2/21/68 | Richard Lavey C20-58-2933 | 52 Gov.Winthrop Rd Somerville MA 02145 | October 1, 2001 | |
| 12/27/61 | James Slattery Jr. C11-56-3195 | 13 Sargent Avenue Somerville MA 02145 | October 1, 2001 | |
| 10/4/71 | Sean Sylvester C22-66-1033 | 102 Heath Street Somerville MA 02145 | October 1, 2001 | |

See reverse of this form

Signed:

(Officer authorized by law to make appointments)

| If appointee is in military service, statement to that effect should be made. | Dorothy A. Kelly Gay, Mayor |
|---|---|
| | Name   (please print or type)   Title |

This form must be properly completed, returned to the Human Resources Division and approved before the
Auditor will authorize payment of salary. Please file reports early enough to eliminate the necessity of

**ATTACHMENT B**

UTHORIZATION OF EMPLOYMENT FORM FORM 14    HUMAN RESOURCES DIVISION

| ity or Town | Somerville   Page 2 of 2 | Date | 1/11/2001 | |
|---|---|---|---|---|
| epartment | Police | Division | | |
| | | Requisition/Certification Number | | 201258 |

O THE APPOINTING OFFICER:

uthority is hereby given to fill the vacancy/(ies) identified on the above referenced requisition by selecting from mong the applicants listed on the attached certification in accordance with the instructions which appear thereon.

## DESCRIPTION OF POSITION TO BE FILLED

| osition Title: | Police Officer | Number of Vacancies: (11) eleven Salary Rate: |
|---|---|---|

'ermanentxkxlxx   Temporary ☐    Military Substitute ☐    Full Time xxxx   Part Time ☐

ntermittent ☐    Reserve ☐

Personnel Administrator

NOTIFICATION OF EMPLOYMENT UNDER THE ABOVE AUTHORIZATION

To the Personnel Administrator:
    As the legal Appointing Authority I have selected the undersigned individuals for appointment (or promotion) in accordance with the law and the above authorization as follows:*

I, the signed appointee, hereby certify, under the penalties of perjury, that I have not paid and have agreed not to pay, and to the best of my knowledge, no other person has paid nor agreed to pay any money or other thing of value to any person in anticipation or as a result of my appointment. I hereby accept the appointment with the understanding that, under the Civil Service Law and Rules, appointments are governed as follows.

- Permanent appointments are subject to a probationary period of six months (twelve months for police and fire forces).
- Temporary appointments are for the duration of the vacancy.
- Military substitute appointments are temporary subject to the provisions of Chapter 708, Acts of 1941, as amended.

| Date Of Birth | Name, Home Address, S. S. # of Appointee | | Employment Date | Appointee's Signature |
|---|---|---|---|---|
| 1/14/77 | Jeffrey DiGregorio  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 | 7 Olive Avenue  Somerville MA 02143 | October 1, 2001 | |
| 3/25/69 | Timothy Mitsakis  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 | 46 Raymond Avenue  Somerville MA 02144 | October 1, 2001 | |
| 10/7/67 | Sean Sheehan  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 | 403 Somerville Avenue  Somerville MA 02143 | October 1, 2001 | |
| 6/30/70 | Dominic Pefine  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 | 54 Francesca Avenue  Somerville MA 02144 | October 1, 2001 | |
| 9/7/71 | Scott Whalen  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 | 10 Pearson Avenue  Somerville MA 02143 | October 1, 2001 | Scott Whalen |
| | | | | |

*See reverse of this form

Signed: _____

(Officer authorized by law to make appointments)

Dorothy A. Kelly Gay, Mayor

Name    (please print or type)    Title

| If appointee is in military service. statement to that effect should be made. |
|---|

This form must be properly completed, returned to the Human Resources Division and approved before the Auditor will authorize payment of salary. Please file reports early enough to eliminate the necessity of withholding pay.

FILE CODE:  0083A
CERTIFICATION NUMBER:    201258
  SOMERVILLE PERSONNEL DEPT.

DATE: 01/11/2001    PAGE:  1

DOROTHY KELLY GAY - MAYOR
CITY OF SOMERVILLE
CITY HALL, 93 HIGHLAND AVE
SOMERVILLE 02143

**Return to**
**Human Resources Division**

LOCATION:   SOMERVILLE
  4 5 PERM F-T POLICE OFFICERS
  SELECTION MUST BE OF    5 OF THE FIRST    11 HIGHEST WHO WILL ACCEPT

| | Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Score | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Applicant Status | | |
| RESIDENT  SUIED, DAVID     534C  15 LOVELL ST SOMERVILLE 02144 | | Applicant's Signature:- | | | | | | |
| ☑ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  MAHONEY, ARTHUR W    **  5 DELL STREET SOMERVILLE 02145 | | Applicant's Signature:- | | | | | | |
| ☐ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  DECOURCEY, JOHN R    *  36 RICHARDSON SOMERVILLE 02145 | | Applicant's Signature:- | | | | | | |
| ☐ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  MCLAINJR, THOMAS H    *  2560 D RUDDELL RD SE LACEY 98503 | | Applicant's Signature:- | | | | | | |
| ☑ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  MONTEIRO, PAULO J    *  1 B CLARK STREET SOMERVILLE 02143 | TIE | Applicant's Signature:- | | | | | | |
| ☑ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  SIMAS, SCOTT A    *  44 CONCORD AVENUE SOMERVILLE 02143 | TIE END | Applicant's Signature:- | | | | | | |
| ☐ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  MAHAN, MICHAEL    *  52 PORTER ST SOMERVILLE 02143 | | Applicant's Signature:- | | | | | | |
| ☐ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  ANTAYA, KEVIN M    *  92 LOWELL STREET SOMERVILLE 02143 | | Applicant's Signature:- | | | | | | |
| ☐ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  ROSSI, JOSEPH H    *  51 LIBERTY AVENUE SOMERVILLE 02144 | | Applicant's Signature:- | | | | | | |
| ☐ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  FREITAS, MARCOS A    *  457 MEDFORD STREET SOMERVILLE 02145 | | Applicant's Signature:- | | | | | | |
| ☑ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  RAMIREZ, JOSE A    *  1374 BROADWAY #12 SOMERVILLE 02144 | | Applicant's Signature:- | | | | | | |
| ☑ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |
| RESIDENT  COLLETTEJR, WALTER J    TIE  15 WOODBINE ST SOMERVILLE 02143 | | Applicant's Signature:- | | | | | | |
| ☑ I WILL accept the appointment    ☐ I WILL NOT accept the appointment | | | | | | | | |

**ATTACHMENT C**

TITLE CODE:    0083A
CERTIFICATION NUMBER:    201258
   SOMERVILLE PERSONNEL DEPT.

DOROTHY KELLY GAY - MAYOR
CITY OF SOMERVILLE
CITY HALL, 93 HIGHLAND AVE
SOMERVILLE 02143

DATE: 01/11/2001    PAGE: 2

LOCATION:    SOMERVILLE
   5 PERM F-T POLICE OFFICERS
   SELECTION MUST BE OF    5 OF THE FIRST    11 HIGHEST WHO WILL ACCEPT

| Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Score | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|
| FITZGERALD, JASON P<br>RESIDENT  8 CENTRE ST SOMERVILLE 02143<br>☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE END | | | | | | |
| JONES, STEPHEN J<br>RESIDENT  65 FREMONT ST SOMERVILLE 02145<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| CHRISTIAN, JOSIAH<br>RESIDENT  18 THORPE STREET #1 SOMERVILLE 02143<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| DOLAN, MAURA A<br>RESIDENT  11 SANBORN AVENUE SOMERVILLE 02143<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| DONOVAN, JAMES M<br>RESIDENT  40 TEELE AVE #1 SOMERVILLE 02144<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| ELKAMOUSS, JAOUAD<br>RESIDENT  9 WILTON ST SOMERVILLE 02145<br>☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| HARER, STEPHEN F<br>RESIDENT  995 MASS AVE ARLINGTON 02476<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| LAVEY, RICHARD C<br>RESIDENT  52 GOVERNOR WINTHR SOMERVILLE 02145<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| SULLIVAN, TIMOTHY F<br>RESIDENT  101 ORCHARD STREET SOMERVILLE 02144<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE END | | | | | | |
| ANDERSON, GLEN J<br>RESIDENT  25 BAY STATE AVENU #1 SOMERVILLE 021<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| BAKEY, LAUREN M<br>RESIDENT  64 MARI N ST SOMERVILLE 02143<br>☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| NASSON, KAREN E<br>RESIDENT  4 EDGAR TERRACE SOMERVILLE 02145<br>☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |

Applicant Status

TITLE CODE:     0083A
CERTIFICATION NUMBER:     201258
SOMERVILLE PERSONNEL DEPT.

DATE: 01/11/2001     PAGE: 3

DOROTHY KELLY GAY - MAYOR
CITY OF SOMERVILLE
CITY HALL, 93 HIGHLAND AVE
SOMERVILLE 02143

**LOCATION:**  SOMERVILLE
5 PERM F-T POLICE OFFICERS
SELECTION MUST BE OF     5 OF THE FIRST     11 HIGHEST WHO WILL ACCEPT

| | Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Score | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|---|
| RESIDENT | SLATTERYJR, JAMES F 13 SARGENT AVE SOMERVILLE 02145 | TIE | | | | | | |
| ☑ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- *James F. Slattery Jr.* | | | | | | | |
| RESIDENT | SMYTH, THOMAS W 378 MEDFORD STREET #1 SOMERVILLE 021 | TIE | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- *Thomas Smith* | | | | | | | |
| RESIDENT | SYLVESTER, SEAN M 102 HEATH ST #2 SOMERVILLE 02145 | TIE | | | | | | |
| ☑ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| RESIDENT | WALL, MATTHEW 49 SUNSET RD SOMERVILLE 02144 | TIE END | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment ☐ I WILL NOT accept the appointment | Applicant's Signature:- | | | | | | | |

04/05/2001



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE
HUMAN RESOURCES DIVISION
ONE ASHBURTON PLACE, BOSTON, MA  02108

JANE SWIFT
Governor

STEPHEN P. CROSBY
Secretary

JAMES J. HARTNETT, JR.
Personnel Administrator

June 7, 2001

Honorable Dorothy Kelly Gay
Mayor, City of Somerville
City Hall, 93 Highland Avenue
Somerville, MA  02143

*RE:    Certification number 20-1258*
*       Five permanent full-time Police Officers*

Dear Mayor Kelly Gay:

Please be advised that due to an administrative error, Mr. David Suied, whose name appears at the top of certification number 20-1258, is hereby removed.

Pursuant to the Civil Service Commission decision dated November 16, 2000, Mr. Suied's name is to be revived and placed at the top of only a selective certification for Creole Speaking Police Officers.

I apologize for any inconvenience this has caused you. Should you have any questions, I may be reached at 617-727-3777, extension 267.

Sincerely,

Regina Caggiano,
Assistant Director
Civil Service Unit

RC:mg
C: Mr. David Suied

**ATTACHMENT D**



# CITY OF SOMERVILLE, MASSACHUSETTS
## PERSONNEL DEPARTMENT

### DOROTHY A. KELLY GAY
MAYOR

DIANE CRIMMINS JENKINS
*DIRECTOR*

June 20, 2001

Marie Greig, Compliance Officer III
Test Administration Public Safety Unit
Human Resources Division
One Ashburton Place, Room 307
Boston MA 02108

Re:    City of Somerville Police Officer Certification No. 201258

Dear Ms. Greig:

Per our telephone conversation of two weeks ago, you informed the City that
Certification No. 201258 has been approved for an increase to seven (7) from five (5)
Permanent F/T Police Officers. This increase is due to the late Arthur Regan, 2/22/01
and the retirement of Bernard Cotter, Sr., 4/30/01.

However, the City now requests to increase the list to ten (10). One vacancy is created
by the anticipated promotion to sergeant due to the retirement of Sgt. Thomas Gorgone.
The requisition was submitted to HRD on June 11, 2001.

The second vacancy is due to the retirement of Sal Fusco. The Form 56 is enclosed.

The third vacancy is created by anticipated promotions within the department beginning
with the retirement of Captain Bernard Regan. Form 56 is enclosed.

Also enclosed please find, per your request, a copy of the signed certification.

Sincerely,

Diane C. Jenkins
Personnel Director

Cc: Mayor Dorothy A. Kelly Gay

**APPROVED**
HUMAN RESOURCES DIVISION

BY: _____    JUN 26 2001

**ATTACHMENT E**

TITLE CODE:    0083A
CERTIFICATION NUMBER:    201258
SOMERVILLE PERSONNEL DEPT.

DOROTHY KELLY GAY – MAYOR
SOMERVILLE POLICE DEPT
93 HIGHLAND AVE
SOMERVILLE 02143

DATE: 07/04/2001    PAGE: 1

**Return to**
**Human Resources Division**

LOCATION:    SOMERVILLE
ADD'L NAMES 5 PERM F-T POLICE OFFICERS
SELECTION MUST BE OF    10 OF THE FIRST    21 HIGHEST WHO WILL ACCEPT

| Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Score | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|
| DIGREGORIO, JEFFREY J<br>RESIDENT    7 OLIVE AVENUE SOMERVILLE 02143<br>[X] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| LOCKE, ROBERT W<br>RESIDENT    42 FARRAGUT AVE SOMERVILLE 02144<br>[✓] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| MCCARTHY, STEVEN R<br>RESIDENT    100 PEARSON AVENUE #2 SOMERVILLE 021<br>[X] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| MCMAHON, MICHAEL J<br>RESIDENT    POST OFFICE BOX SOMERVILLE 02144<br>[✓] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| MITSAKIS, TIMOTHY S<br>RESIDENT    46 RAYMOND AVENUE SOMERVILLE 02144<br>[✓] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| PERELLA, MARIO D<br>RESIDENT    22 CORINTHIAN ROAD SOMERVILLE 02144<br>[✓] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| POWERS, MICHAEL J<br>RESIDENT    11 BOWDOIN ST SOMERVILLE 02143<br>[ ] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| SHEEHAN, SEAN M<br>RESIDENT    16 WINDSOR ROAD #1 SOMERVILLE 02144<br>[X] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| VENTURA, RODNEY R<br>RESIDENT    17 VIRGINIA ST SOMERVILLE 02145<br>[✓] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE END<br>Applicant's Signature:- | | | | | | |
| COMACK, IAN S<br>RESIDENT    8 HANSON AVENUE SOMERVILLE 02143<br>[✓] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| DIFAVA, MICHAEL A<br>RESIDENT    4 BEDFORD ST SOMERVILLE 02143<br>[✓] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |
| LOVELL, WILLIAM<br>RESIDENT    85 PERKINS    ST #3 SOMERVILLE 02145<br>[ ] I WILL accept the appointment    [ ] I WILL NOT accept the appointment | TIE<br>Applicant's Signature:- | | | | | | |

**ATTACHMENT F**

TITLE CODE:    0083A
CERTIFICATION NUMBER:    201258
    SOMERVILLE PERSONNEL DEPT.

DATE: 07/04/2001    PAGE: 2

DOROTHY KELLY GAY - MAYOR
SOMERVILLE POLICE DEPT
93 HIGHLAND AVE
SOMERVILLE 02143

LOCATION:    SOMERVILLE
    ADD'L NAMES 5 PERM F-T POLICE OFFICERS
    SELECTION MUST BE OF    10 OF THE FIRST    21 HIGHEST WHO WILL ACCEPT

| | Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Score | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|---|
| RESIDENT □ I WILL accept the appointment □ I WILL NOT accept the appointment | MAURAS, STEVEN J 34 CHARNWOOD ROAD SOMERVILLE 02144 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT ⊠ I WILL accept the appointment □ I WILL NOT accept the appointment | MCLEAN, DAVID M 6 BAXTER CIRCLE BURLINGTON 01803 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT ⊠ I WILL accept the appointment □ I WILL NOT accept the appointment | PEFINE, DOMINIC L 54 FRANCESCA AVEN #1 SOMERVILLE 021 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT ⊠ I WILL accept the appointment □ I WILL NOT accept the appointment | PIRES, DANIELLE 166 PEARL STREET SOMERVILLE 02145 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT □ I WILL accept the appointment □ I WILL NOT accept the appointment | SMALL, GERALDINE T 177 WILLOW SOMERVILLE 02144 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT ⊠ I WILL accept the appointment □ I WILL NOT accept the appointment | WHALEN, SCOTT A 10 PEARSON AVE #3 SOMERVILLE 02144 Applicant's Signature:- | TIE END | | | | | | |
| RESIDENT □ I WILL accept the appointment □ I WILL NOT accept the appointment | AUCIELLO, LOUIS A 84 FREM OT STREET #2 SOMERVILLE 0214 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT □ I WILL accept the appointment □ I WILL NOT accept the appointment | BAKEY, TIMOTHY J 1101 BROADWAY #1 SOMERVILLE 02144 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT □ I WILL accept the appointment □ I WILL NOT accept the appointment | BASSETT, GINA F 36 FLORENCE STREET #2 SOMERVILLE 021 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT ⊠ I WILL accept the appointment □ I WILL NOT accept the appointment | FERRARI, PAULA A 31 WARREN AVENUE #1 SOMERVILLE 02143 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT □ I WILL accept the appointment □ I WILL NOT accept the appointment | GARGANO, JAMES M 221 HOLLAND STREET #2 SOMERVILLE 021 Applicant's Signature:- | TIE | | | | | | |
| RESIDENT ⊠ I WILL accept the appointment □ I WILL NOT accept the appointment | HAYES, JOHN K 242 POWDER HOUSE BL SOMERVILLE 02144 Applicant's Signature:- | TIE | | | | | | |

TITLE CODE:    0083A
CERTIFICATION NUMBER:        201258
    SOMERVILLE PERSONNEL DEPT.

DATE: 07/04/2001        PAGE: 3

DOROTHY KELLY GAY – MAYOR
SOMERVILLE POLICE DEPT
93 HIGHLAND AVE
SOMERVILLE 02143

LOCATION:    SOMERVILLE
    ADD'L NAMES 5 PERM F-T POLICE OFFICERS
    SELECTION MUST BE OF    10 OF THE FIRST    21 HIGHEST WHO WILL ACCEPT

| Name and address of Applicant Notified to Report for Interview | Eligibility Expires | Score | FAILED TO RESPOND | DECLINED APPOINTMENT | OTHER REPORT (STATE BELOW) | WILLING TO ACCEPT | SELECTED FOR APPOINTMENT |
|---|---|---|---|---|---|---|---|
| HOWE, JOHN J<br>8 WINDSOR ROAD SOMERVILLE 02144<br>RESIDENT<br>☑ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | ✓ | | |
| OBRIEN, THOMAS P<br>34 BOND SOMERVILLE 02145<br>RESIDENT<br>☒ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE | | | | | | |
| TRAVERS, THOMAS M<br>56 OXFORD STREET SOMERVILLE 02143<br>RESIDENT<br>☒ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | TIE END | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| 08/31/2001<br>☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |
| ☐ I WILL accept the appointment  ☐ I WILL NOT accept the appointment<br>Applicant's Signature:- | | | | | | | |

Applicant Status



# CITY OF SOMERVILLE, MASSACHUSETTS
## PERSONNEL DEPARTMENT

DOROTHY A. KELLY GAY
MAYOR

DIANE CRIMMINS JENKINS
*DIRECTOR*

August 30, 2001

Denise Grace-Singleton
Human Resources Division
One Ashburton Place
Boston MA 02108

Re:    Cert.201258

Dear Ms. Grace-Singleton:

The City of Somerville requests to increase certification no. 201258 to eleven
(11) permanent full time police officers. This increase is due to a newly created
position in the department.

Thank you for your attention.

Sincerely,

Diane C. Jenkins
Personnel Director

Cc: File

**ATTACHMENT G**

SOMERVILLE CITY
(617) 625-



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE
## HUMAN RESOURCES DIVISION
ONE ASHBURTON PLACE, BOSTON, MA 02108

**JANE SWIFT**
Governor

**STEPHEN P. CROSBY**
Secretary

**JAMES J. HARTNETT, JR.**
Personnel Administrator

## MEMORANDUM

**TO:**      Municipal Police Appointing Authorities and Police Chiefs
             MBTA Police Chief

**FROM:**    Elizabeth A. Dennis, Director *ead*
             Civil Service Unit

**SUBJECT:** Expiration of the Police Officer Eligible List

**DATE:**    July 20, 2001

Please be advised that the existing Police Officer list will be replaced with a new eligible list on or about September 1, 2001.

Appointments made from the current eligible list will be valid, upon approval of the Personnel Administrator, only if signed certifications and the names of those applicants selected for employment are received at the Human Resources Division (HRD), or postmarked on or before the date of the expiration of the list, **August 31, 2001**. Offers of employment reported or received after this date will not be approved. Outstanding certifications from the expiring eligible list that are not received at HRD or postmarked by August 31, 2001, will be automatically cancelled, in conformity with the requirements of M.G.L. Chapter 31, §25.

Appointees from the Police Officer civil service list must pass a medical examination and a Physical Abilities Test (PAT) before their appointments can be finalized. Please ensure that the appointment process is as complete as possible by August 31, 2001 and that the names of the individuals tendered a conditional offer of employment have been submitted to HRD by the deadline.

Please address any inquiries you may have to Regina Caggiano, Assistant Director, Civil Service Unit, at (617) 727-3777, extension 267.

**ATTACHMENT H**

## WHILE YOU WERE OUT

FOR Diane _____ DATE 8/30/01 TIME 2:15 A.M./P.M.

M Regina Caggiano

OF HRD Civil Service

| | |
|---|---|
| PHONE ☐ FAX ☐ MOBILE 617 727-3555 X267 | ☒ PHONED |
| AREA CODE  NUMBER  EXTENSION | RETURNED YOUR CALL |
| MESSAGE The Police Certs | PLEASE CALL |
| must be postmarked | WILL CALL AGAIN |
| by tomorrow | CAME TO SEE YOU |
| | WANTS TO SEE YOU |

SIGNED Denise

TOPS FORM 4008

**ATTACHMENT I**



# CITY OF SOMERVILLE, MASSACHUSETTS
## PERSONNEL DEPARTMENT

DOROTHY A. KELLY GAY
MAYOR

DIANE CRIMMINS JENKINS
*DIRECTOR*

August 31, 2001

Commonwealth of Massachusetts
Executive Office for Administration and Finance
Human Resources Division
One Ashburton Place
Boston, MA 02108

Attention: Ms. Regina Caggiano
Assistant Director

Dear Regina:

Regarding our conversation today, enclosed are the appointment forms for Police Certification #201258 for the City of Somerville. As suggested, this information has been mailed registered/certified mail.

Thank you for you assistance.

*Kathleen DiCiaccio*

Kathleen DiCiaccio
Assistant Personnel Director

**ATTACHMENT J**

16-11 (PAR.09)

Somerville  Page 1 of 2

**HUMAN RESOURCES DIVISION**

201258

MUNICIPALITY

**CERTIFICATION AND REPORT SUPPLEMENT**

**CERTIFICATION NUMBER**

Police

1/11/2001

DEPARTMENT

**ORIGINAL APPOINTMENT**

**CERTIFICATION DATE**

THIS FORM MUST BE COMPLETED AND RETURNED WITH THE CERTIFICATION.

Please enter on this form the names of all individuals on the certification who indicated willingness to accept the appointment, regardless of your intention to appoint or not to appoint. The names must be listed on this form in the exact order (*) in which they appear on the certification. The form should be returned with the original signed certification and all required accompanying documentation to: Human Resources Division, Test Administration, Rm 301, One Ashburton Place, Boston, MA 02108.

| | NAME OF CANDIDATE | SELECTED | NOT SELECTED |
|---|---|---|---|
| 1. | David Suid (removed by Civ.Svc.-letter attached) | | |
| 2. | Thomas McCain. Jr. | | XX |
| 3. | Paulo Monteiro - withdrew | | |
| | If you are making one appointment, selection must be made from among the above names. (1-3 inclusive) | | |
| 4. | Marcos Freitas | XX | |
| 5. | Jose Ramirez | | XX |
| | If you are making two appointments, selection must be made from among the above names. (1-5 inclusive) | | |
| 6. | Walter Collette Jr. | XX | |
| 7. | Jason Fitzgerald - withdraw | | |
| | If you are making three appointments, selection must be made from among the above names. (1-7 inclusive) | | |
| 8. | Stephen Jones | | XX |
| 9. | Josiah Christian - did not return employment packett | | |
| | If you are making four appointments, selection must be made from among the above names. (1-9 inclusive) | | |
| 10. | Maura Dolan - pending litigation & did not return empl.pkt. | | |
| 11. | James Donovan | XX | |
| | If you are making five appointments, selection must be made from among the above names. (1-11 inclusive) | | |
| 12. | Stephen Harer - did not return employment packett | | |
| 13. | Richard Lavey | XX | |
| | If you are making six appointments, selection must be made from among the above names. (1-13 inclusive) | | |
| 14. | Timothy Sullivan | | XX |
| 15. | Glen Anderson - did not return employment packett | | |
| | If you are making seven appointments, selection must be made from among the above names. (1-15 inclusive) | | |
| 16. | Karen Nasson - did not return employment packett | | |
| 17. | James Slattery Jr. | XX | |
| | If you are making eight appointments, selection must be made from among the above names. (1-17 inclusive) | | |
| 18. | Thomas Smyth | | XX |
| 9. | Sean Sylvester | XX | |
| | If you are making nine appointments, selection must be made from among the above names. (1-19 inclusive) | | |

*) Except for Public Safety certifications issued subject to NAACP or Castro federal consent decrees on which minorities must be moved up in compliance with the provisions of the consent decree.

Dorothy A. Kelly Gay, Mayor

Signature of Appointing Auth.

**ATTACHMENT K**

16-11 (PAR.09)

Somerville  Page 2 of 2

**MUNICIPALITY**

Police

**DEPARTMENT**

## HUMAN RESOURCES DIVISION

### CERTIFICATION AND REPORT SUPPLEMENT

### ORIGINAL APPOINTMENT

201258

**CERTIFICATION NUMBER**

1/11/2001

**CERTIFICATION DATE**

THIS FORM MUST BE COMPLETED AND RETURNED WITH THE CERTIFICATION.
Please enter on this form the names of **all** individuals on the certification who indicated **willingness to accept** the appointment, regardless of your intention to appoint or not to appoint. The names must be listed on this form in the **exact order** (*) in which they appear on the certification. The form should be returned with the original signed certification and all required accompanying documentation to: **Human Resources Division, Test Administration, Rm 301, One Ashburton Place, Boston, MA 02108.**

| | NAME OF CANDIDATE | SELECTED | NOT SELECTED |
|---|---|---|---|
| 1. | Jeffrey DiGregorio | xx | |
| 2. | Robert Locke - did not return employment packett | | |
| 3. | Steven McCarthy - did not return employment packett | | |
| | If you are making one appointment, selection must be made from among the above names. (1-3 inclusive) | | |
| 4. | Michael McMahon | | xxx |
| 5. | Timothy Mitsakis | xx | |
| | If you are making two appointments, selection must be made from among the above names. (1-5 inclusive) | | |
| 6. | Mario Perella | | xx |
| 7. | Sean Sheehan | xx | |
| | If you are making three appointments, selection must be made from among the above names. (1-7 inclusive) | | |
| 8. | Rodney Ventura | | xx |
| 9. | Ian Comack - withdrew | | |
| | If you are making four appointments, selection must be made from among the above names. (1-9 inclusive) | | |
| 10. | Michael DiFava | | xx |
| 11. | David McLean | | xx |
| | If you are making five appointments, selection must be made from among the above names. (1-11 inclusive) | | |
| 12. | Dominic Pefine | xx | |
| 13. | DAnielle Pires | | xx |
| | If you are making six appointments, selection must be made from among the above names. (1-13 inclusive) | | |
| 14. | Scott Whalen | xx | |
| 15. | Timothy Bakey - withdrew | | |
| | If you are making seven appointments, selection must be made from among the above names. (1-15 inclusive) | | |
| 16. | Paula Ferrari - not reached | | |
| 17. | John Hayes  not reached | | |
| | If you are making eight appointments, selection must be made from among the above names. (1-17 inclusive) | | |
| 18. | John Howe  not reached | | |
| 19. | Thomas O'Brien  not reached | | |
| | If you are making nine appointments, selection must be made from among the above names. (1-19 inclusive)   Thomas Travers  not reached | | |

) Except for Public Safety certifications issued subject to <u>NAACP</u> or <u>Castro</u> federal consent decrees on which inorities must be moved up in compliance with the provisions of the consent decree.

Dorothy A. Kelly Gay  Mayor



**Commonwealth of Massachusetts**
**Municipal Police Training Committee**
"Training for Today, Planning for the Future"

484 Shea Memorial Drive
S. Weymouth, MA 02190

(617) 727-7827 Fax:
(781)331-5187

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary of Public Safety*

Chief Thomas Burke
*Chairman*

Dennis W. Pinkham
*Executive Director*

January 11, 2005

Mr. James Lamond
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southboro, MA 01772

Dear Attorney Lamond:

Per your request, please find enclosed the listing of MPTC regional recruit academies conducted from January 2000 though October 2004. This will include those dates you specifically requested, those being January 2001 to February 28, 2002.

Sincerely,

Marylou Powers
Director of Training

**ATTACHMENT L**

**Recruit Classes Run Jan 2000 – Present**
**Updated 10/06/04**

**Agawam**          March 6, 2000 – July 28, 2000
                    August 14, 2000 – January 5, 2001
                    February 5, 2001 – June 30, 2001
                    December 17, 2001 – May 21, 2002
                    November 18, 2002 – April 11, 2003
                    July 14, 2003 – December 5, 2003
                    November 1, 2004 – March 25, 2005

**Boylston**        January 31, 2000 – June 20, 2000
                    July 24, 2000 – December 13, 2000
                    January 29, 2001 – June 22, 2001
                    January 28, 2002 – June 18, 2002
                    July 30, 2002 – December 19, 2002
                    October 21, 2002 – March 14, 2003
                    February 24, 2003 – July 15, 2003
                    February 23, 2004 – July 16, 2004
                    October 18, 2004 – March 11, 2005

**Metro**           January 14, 2002 – May 31, 2002
**South**

**Plymouth**        January 24, 2000 – June 14, 2000
                    May 15, 2000 – September 29, 2000
                    July 17, 2000 – December 7, 2000
                    January 27, 2001 – April 20, 2001
                    March 12, 2001 – August 3, 2001
                    July 16, 2001 – December 7, 2001
                    December 17, 2001 – May 10, 2002
                    July 22, 2002 – December 13, 2002
                    January 13, 2003 – June 6, 2003
                    August 25, 2003 – January 9, 2004
                    July 26, 2004 – December 17, 2004

**Reading**         July 31, 2000 – December 20, 2000
                    April 16, 2001 – September 7, 2001
                    November 26, 2001 – April 19, 2002
                    June 10, 2002 – October 26, 2002
                    January 13, 2003 – June 6, 2003
                    December 15, 2003 – May 17, 2004
                    July 12, 2004 – December 7, 2004

| South Weymouth | September 11, 2000 – February 2, 2001 |
|---|---|
| | February 5, 2001 – June 30, 2001 |
| | October 1, 2001 – February 22, 2002 |
| | March 4, 2002 – June 26, 2002 |
| | September 9, 2002 – January 31, 2003 |
| | February 24, 2003 – July 18, 2003 |
| | October 20, 2003 – March 12, 2004 |
| | August 16, 2004 – January 7, 2005 |



## Massachusetts Criminal Justice Training Council
### 31 Shea Memorial Drive, South Weymouth, MA 02190     RECEIVED

### APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY 31     PM 12 14

INSTRUCTIONS: Application is to be made and submitted by the sponsoring department. Complete and forward original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and forward to the Academy at which the police training session will be conducted. This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: |  |
|---|---|---|
| Police Academy,  South Weymouth | 10/01/01 | |

| SPONSORING DEPARTMENT: | LEAPS CODE: |
|---|---|
| Somerville Police Department | MA0093900 (S02) |

DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE)

220 Washington Street, Somerville, MA  02143

| DEPARTMENT CONTACT: (NAME & POSITION) | TELEPHONE NUMBER: |
|---|---|
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME:  MARCOS A. FREITAS | SS# ~~illegible~~ |
|---|---|

| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE)  457 MEDFORD St. Somerville 02145 | DATE OF BIRTH:  06/20/77 |
|---|---|

| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL)  N/A | TELEPHONE NUMBER:  617 629-5797 |
|---|---|

| APPLICANT'S POSITION TITLE:            ☑FULL-TIME   ☐ PART-TIME | DATE OF APPOINTMENT: (MM/DD/YY)  10 - 01 - 01 |
|---|---|

| ☐ HIGH SCHOOL (NAME,CITY/TOWN,STATE)  ☐ GED      YEAR GRAD:  1995 | ☑COLLEGE PREP  ☐ BUSINESS  ☐ VOCATIONAL/TECHNICAL |
|---|---|

| COLLEGE (NAME,CITY/TOWN, STATE)          YEAR OF GRAD:  N/A  MASSAChUSEtts College of ART | DEGREE/MAJOR:  INDUSTRIAl DESIGN |
|---|---|

| GRADUATE SCHOOL: (NAME, CITY/TOWN, STATE)  N/A | DEGREE/MAJOR  N/A |
|---|---|

| MILITARY SERVICE: (BRANCH,OCCUPATIONAL SPECIALTY,HIGHEST RANK ATTAINED)  U.S. MARINES / 0311 RiFleman / E-5 Sgt. | DATES OF SERVICE:  7/02/95 — 7/02/99 |
|---|---|

| PREVIOUS EMPLOYMENT:  1. TERADYNE INC.  2. U.S MARINES  3. | DATES:  1. 7/99 — Present  2. 7/95 - 7/99  3. |
|---|---|

| VEHICLE: (YR,MAKE,MODEL,COLOR,BODY)  97/Chevy/Monte Carlo/Black Coupe/ | VEHICLE REG: (STATE NUMBERED)  4728MV |
|---|---|

FORM CONTINUES ON REVERSE

93/Ford/Crown Vic/Silver 4dOOR/          VTKC30

**ATTACHMENT M**

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status. Attach additional pages if necessary.*

| | |
|---|---|
| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☑None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☑None |
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☑ NO ☐ DIZZINESS ☐ FAINTNESS ☐ CHEST PAIN ☐ SHORTNESS OF BREATH IF YES, EXPLAIN: | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☑ NO IF YES, EXPLAIN: |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME,GROUP NUMBER, POLICYHOLDER NUMBER): *Tufts Health Plan* *ID ammmmm* *PLS NUMBER mmmmmmmmmm* | DO YOU WEAR CORRECTIVE LENSES? ☑YES ☐ NO ☐GLASSES ☑CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP) *Espans Gevitas / Father* | EMERGENCY CONTACT TELEPHONE NUMBER: *(617) 628-1505* |
| APPLICANT'S SIGNATURE: | DATE: *8/31/01* |

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy. The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training. It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy. If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F). It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE):

*George F. M'Lean Chief*

SIGNATURE:

DATE: *9/04/01*



RECEIVED

Massachusetts Criminal Justice Training Council
31 Shea Memorial Drive, South Weymouth, MA 02190  01 AUG 31  AM 8 43

APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY ⌂⌂⌂⌂ PERSONNEL

INSTRUCTIONS: Application is to be made and submitted by the sponsoring department. Complete and forward original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and a copy to the Academy at which the police training session will be conducted. This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: | ⌂ ⌂ |
|---|---|---|
| Police Academy, South Weymouth | 10/01/01 | |

| SPONSORING DEPARTMENT: | LEAPS CODE: |
|---|---|
| Somerville Police Department | MA0093900 (S02) |

DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE)

220 Washington Street, Somerville, MA 02143

| DEPARTMENT CONTACT: (NAME & POSITION) | TELPHONE NUMBER: |
|---|---|
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME: | SS# |
|---|---|
| Sean Michael Sheehan | ~~XXXXXXXX~~ |

| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE) | DATE OF BIRTH: |
|---|---|
| 16 Windsor Road | 10-7-67 |

| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL) | TELEPHONE NUMBER: |
|---|---|
| | 617-733-7928 |

| APPLICANT'S POSITION TITLE: | DATE OF APPOINTMENT: (MM/DD/YY) |
|---|---|
| Police Officer    ☐ FULL-TIME   ☐ PART-TIME | 10-01-01 |

| HIGH SCHOOL (NAME,CITY/TOWN,STATE) Somerville H.S  Somerville, MA | ☐ COLLEGE PREP |
|---|---|
| ☐ GED     YEAR GRAD: 1985 | ☐ BUSINESS<br>☐ VOCATIONAL/TECHNICAL |

| COLLEGE (NAME,CITY/TOWN, STATE)     YEAR OF GRAD: 2002 | DEGREE/MAJOR: |
|---|---|
| Bentley College Waltham, MA | |

| GRADUATE SCHOOL: (NAME, CITY/TOWN, STATE) | DEGREE/MAJOR |
|---|---|
| | |

| MILITARY SERVICE: (BRANCH/OCCUPATIONAL SPECIALTY/HIGHEST RANK ATTAINED) | DATES OF SERVICE: |
|---|---|
| | |

| PREVIOUS EMPLOYMENT: | DATES: |
|---|---|
| 1. Dept. of Defense | 1. 7-87 to Present |
| 2. | 2. |
| 3. | 3. |

| VEHICLE: (YR/MAKE/MODEL,COLOR,BODY) | VEHICLE REG: (STATE NUMBERED) |
|---|---|
| 19**  Volvo S70 GLT Black | |

FORM CONTINUES ON REVERSE

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status. Attach additional pages if necessary.*

| | |
|---|---|
| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☑ None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☑ None |
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☑ NO  ☐ DIZZINESS  ☐ FAINTNESS  ☐ CHEST PAIN  ☐ SHORTNESS OF BREATH  IF YES, EXPLAIN: | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☑ NO  IF YES, EXPLAIN: |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME,GROUP NUMBER, POLICYHOLDER NUMBER):  Hmo Blue  Blue Cross + Blue Shield | DO YOU WEAR CORRECTIVE LENSES?  ☑ YES ☐ NO  ☐ GLASSES  ☑ CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP)  Kathleen Sheehan   Mother | EMERGENCY CONTACT TELEPHONE NUMBER:  (617) 625-7091 |
| APLLICANTS SIGNATURE: | DATE:  8-31-01 |

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy. The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training. It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy. If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F). It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE):

George F. M<sup>c</sup>Lean   Chief

SIGNATURE:                    DATE:  8/04/01