

RECEIVED

Massachusetts Criminal Justice Training Council
31 Shea Memorial Drive, South Weymouth, MA 02190 AUG 31  PM 12 14

APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY... LE PERSONNEL

INSTRUCTIONS:  Application is to be made and submitted by the sponsoring department.  Complete and form an original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and a copy to the Academy at which the police training session will be conducted.  This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: | |
|---|---|---|
| Police Academy,   South Weymouth | | 10/01/01 |

| SPONSORING DEPARTMENT: | LEAPS CODE: |
|---|---|
| Somerville Police Department | MA0093900  (S02) |

DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE)

220 Washington Street, Somerville, MA  02143

| DEPARTMENT CONTACT: (NAME & POSITION) | TELPHONE NUMBER: |
|---|---|
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME: | SS# |
|---|---|
| Timothy Mitsakis | |

| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE) | DATE OF BIRTH: |
|---|---|
| 46 Raymond Ave, Somerville MA  02144 | 03/25/69 |

| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL) | TELEPHONE NUMBER: |
|---|---|
| N/A | 617 623-6121 |

| APPLICANT'S POSITION TITLE: | DATE OF APPOINTMENT: (MM/DD/YY) |
|---|---|
| Police officer          ☐ FULL-TIME   ☐ PART-TIME | 10-01-01 |

| HIGH SCHOOL (NAME,CITY/TOWN,STATE)  ARLINGTON HIGH | ☐ COLLEGE PREP |
|---|---|
| ARLINGTON MA 02476 | ☐ BUSINESS |
| ☐ GED        YEAR GRAD:   87 | ☐ VOCATIONAL/TECHNICAL |

| COLLEGE (NAME,CITY/TOWN, STATE) | YEAR OF GRAD:  95 | DEGREE/MAJOR: |
|---|---|---|
| Northeastern University, Boston, MA | | Bachelors of Science/Business |

| GRADUATE SCHOOL: (NAME, CITY/TOWN, STATE) | DEGREE/MAJOR |
|---|---|
| N/A | N/A |

| MILITARY SERVICE: (BRANCH/OCCUPATIONAL SPECIALTY/HIGHEST RANK ATTAINED) | DATES OF SERVICE: |
|---|---|
| N/A | N/A |

| PREVIOUS EMPLOYMENT: | DATES; |
|---|---|
| 1. Veri Realty | 1. 07/00 - 09/01 |
| 2. APEX Computers | 2. 12/95 - 01/00 |
| 3. | 3. |

| VEHICLE: (YR,MAKE,MODEL,COLOR,BODY) | VEHICLE REG: (STATE NUMBERED) |
|---|---|
| 97/Mitsubishi Montero Sport / Red | 5460 CE |

FORM CONTINUES ON REVERSE

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status. Attach additional pages if necessary.*

| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☑None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☐ None |
|---|---|
| N/A | *(illegible handwriting)* |
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☑ NO ☐ DIZZINESS ☐ FAINTNESS ☐ CHEST PAIN ☐ SHORTNESS OF BREATH IF YES, EXPLAIN:  N/A | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☑ NO IF YES, EXPLAIN:  N/A |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME,GROUP NUMBER, POLICYHOLDER NUMBER): Blue Cross Blue Shield / HMO Blue Value Plus  GROUP # *(illegible)*  Policy # XXH *(illegible)* | DO YOU WEAR CORRECTIVE LENSES? ☐ YES ☑ NO ☐ GLASSES ☐ CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP) Arthur Skambas / Friend of Family | EMERGENCY CONTACT TELEPHONE NUMBER: (617) 629 - 2065 |
| APLLICANT'S SIGNATURE: *(signature)* | DATE: 8/31/01 |

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy. The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training. It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy. If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F). It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

| CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE): George F. McLean, Chief | |
|---|---|
| SIGNATURE: *(signature)* | DATE: 9/04/01 |



## Massachusetts Criminal Justice Training Council
31 Shea Memorial Drive, South Weymouth, MA 02190

RECEIVED
01 AUG 31 AM 10 59
SOMERVILLE PERSONNEL

### APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY

INSTRUCTIONS: Application is to be made and submitted by the sponsoring department. Complete and forward original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and a copy to the Academy at which the police training session will be conducted. This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: |
|---|---|
| Police Academy, South Weymouth | 10/01/01 |

| SPONSORING DEPARTMENT: | LEAPS CODE: |
|---|---|
| Somerville Police Department | MA0093900 (S02) |

DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE)
220 Washington Street, Somerville, MA  02143

| DEPARTMENT CONTACT: (NAME & POSITION) | TELEPHONE NUMBER: |
|---|---|
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME: James F. Slattery Jr. | SS# [redacted] |
|---|---|
| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE) 13 Sargent Ave. | DATE OF BIRTH: 12-27-61 |
| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL) N/A | TELEPHONE NUMBER: 617-623-0688 |
| APPLICANT'S POSITION TITLE: Police Officer  ☒ FULL-TIME  ☐ PART-TIME | DATE OF APPOINTMENT: (MM/DD/YY) 10-01-01 |
| ☒ HIGH SCHOOL (NAME,CITY/TOWN,STATE) Boston High Boston M.A ☐ GED  YEAR GRAD: 1981 | ☐ COLLEGE PREP ☐ BUSINESS ☐ VOCATIONAL/TECHNICAL |
| COLLEGE (NAME,CITY/TOWN, STATE)  YEAR OF GRAD: N/A | DEGREE/MAJOR: N/A |
| GRADUATE SCHOOL: (NAME, CITY/TOWN, STATE) N/A | DEGREE/MAJOR N/A |
| MILITARY SERVICE: (BRANCH/OCCUPATIONAL SPECIALTY,HIGHEST RANK ATTAINED) N/A | DATES OF SERVICE: N/A |
| PREVIOUS EMPLOYMENT: 1. MASS HIGHWAY DEPT 2. MBTA 3. GOODTIME EMPORIUM | DATES: 1. 1/01  Present 2. 12/99  1/01 3. 11/94  Present |
| VEHICLE: (YR/MAKE/MODEL/COLOR,BODY) 1999 Jeep Wrangler  Black | VEHICLE REG: (STATE,NUMBERED) 498-ZIY |

FORM CONTINUES ON REVERSE

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status. Attach additional pages if necessary.*

| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☑None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☑None |
|---|---|
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☑ NO ☐ DIZZINESS ☐ FAINTNESS ☐ CHEST PAIN ☐ SHORTNESS OF BREATH  IF YES, EXPLAIN: | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☑ NO IF YES, EXPLAIN: |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME, GROUP NUMBER, POLICYHOLDER NUMBER): *Tufts Health Plan 011563199 01* | DO YOU WEAR CORRECTIVE LENSES? ☐ YES ☑ NO ☐ GLASSES ☐ CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP) *Stephanie Duggan   Girlfriend* | EMERGENCY CONTACT TELEPHONE NUMBER: *(617) 623-0688* |
| APLLICANT'S SIGNATURE: *James F. Slattery Jr.* | DATE: *8-31-01* |

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy. The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training. It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy. If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F). It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

| CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE): *George F. McLean / Chief* | |
|---|---|
| SIGNATURE: | DATE: *2/5/01* |

RECEIVED

Massachusetts Criminal Justice Training Council
31 Shea Memorial Drive, South Weymouth, MA 02190

'01 AUG 31  PM 12 13

APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY

SOMERVILLE PERSONNEL

INSTRUCTIONS: Application is to be made and submitted by the sponsoring department. Complete and forward original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and a copy to the Academy at which the police training session will be conducted. This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: | |
|---|---|---|
| Police Academy, South Weymouth | 10/01/01 | |

| SPONSORING DEPARTMENT. | LEAPS CODE. |
|---|---|
| Somerville Police Department | MA0093900 (S02) |

DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE)

220 Washington Street, Somerville, MA  02143

| DEPARTMENT CONTACT: (NAME & POSITION) | TELEPHONE NUMBER: |
|---|---|
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME: D.Gregorio, Jeffrey | SS# |
|---|---|
| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE) 7 Olive Ave Somerville MA 02142 | DATE OF BIRTH: 1/14/77 |
| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL) | TELEPHONE NUMBER: (617) 625-6197 |
| APPLICANT'S POSITION TITLE: Police Officer | DATE OF APPOINTMENT: (MM/DD/YY) 10-01-01 |
| HIGH SCHOOL (NAME,CITY/TOWN,STATE) Arlington Catholic H.S. ☐ GED   YEAR GRAD: Arlington, MA | ☐ COLLEGE PREP ☐ BUSINESS ☐ VOCATIONAL/TECHNICAL |
| COLLEGE (NAME,CITY/TOWN, STATE): University of Massachusetts Boston MA   YEAR OF GRAD: 2000 | DEGREE/MAJOR: B.A Crim.Just./Psych |
| GRADUATE SCHOOL: (NAME, CITY/TOWN, STATE) Suffolk U, Law School Boston, MA 2003 | DEGREE/MAJOR J.D |
| MILITARY SERVICE: (BRANCH,OCCUPATIONAL SPECIALTY,HIGHEST RANK ATTAINED) N/A | DATES OF SERVICE: |
| PREVIOUS EMPLOYMENT: 1. Attorney General's Office 2. Middlesex County D.A.'s Office 3. Somerville YMCA | DATES: 1. Summer 2001 2. Nov 99 - Aug 2000 3. Sept 96 - present |
| VEHICLE: (YR,MAKE/MODEL,COLOR,BODY) 1993 Mitsubish Diamante Black Sedan | VEHICLE REG: (STATE NUMBERED) MA 7073TV |

FORM CONTINUES ON REVERSE

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status. Attach additional pages if necessary.*

| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☒ None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☐ None |
|---|---|
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☒ NO<br>☐ DIZZINESS ☐ FAINTNESS ☐ CHEST PAIN ☐ SHORTNESS OF BREATH<br>IF YES, EXPLAIN: | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☐ NO IF YES, EXPLAIN: |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME,GROUP NUMBER, POLICYHOLDER NUMBER):<br>AEtna US Healthcare<br>GN - *mmm mmm*   PH# *mm mmm* | DO YOU WEAR CORRECTIVE LENSES? ☒ YES ☐ NO ☐ GLASSES ☐ CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP)<br>Richard Baboin | EMERGENCY CONTACT TELEPHONE NUMBER: (611) 666 1547 |
| APLLICANT'S SIGNATURE: | DATE: 5/31/01 |

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy. The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training. It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy. If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F). It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

| CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE): |
|---|
| George F. McLean   Chief |
| SIGNATURE:                                DATE: 5/4/01 |

RECEIVED

**Massachusetts Criminal Justice Training Council**
31 Shea Memorial Drive, South Weymouth, MA 02190 'AUG 31  AM 8 43

APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY LE PERSONNEL

INSTRUCTIONS: Application is to be made and submitted by the sponsoring department. Complete and forward original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and a copy to the Academy at which the police training session will be conducted. This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: | |
|---|---|---|
| Police Academy,  South Weymouth | | 10/01/01 |

| SPONSORING DEPARTMENT: | LEAPS CODE: |
|---|---|
| Somerville Police Department | MA0093900 (S02) |

DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE)

220 Washington Street, Somerville, MA  02143

| DEPARTMENT CONTACT: (NAME & POSITION) | TELPHONE NUMBER: |
|---|---|
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME: Dean Sulvester | SS# |
|---|---|
| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE) 76 Thurston St., Somerville MA 02145 | DATE OF BIRTH: 10  04  1971 |
| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL) P.O. Box 45036 Somerville MA 02145 | TELEPHONE NUMBER: 617-623-9144 |
| APPLICANT'S POSITION TITLE: Police Officer  ☒FULL-TIME  ☐PART-TIME | DATE OF APPOINTMENT: (MM/DD/YY) 10  01  2001 |
| ☒HIGH SCHOOL (NAME,CITY/TOWN,STATE) Somerville High School  Somerville, MA  ☐GED   YEAR GRAD: 1981 | ☒COLLEGE PREP  ☐BUSINESS  ☐VOCATIONAL/TECHNICAL |
| COLLEGE (NAME,CITY/TOWN, STATE) Fitchburg St. College  Fitchburg MA   N/A  YEAR OF GRAD: | DEGREE/MAJOR: |
| GRADUATE/SCHOOL: (NAME, CITY/TOWN, STATE)  N/A | DEGREE/MAJOR  N/A |
| MILITARY SERVICE: (BRANCH/OCCUPATIONAL SPECIALTY/HIGHEST RANK ATTAINED)  N/A | DATES OF SERVICE:  N/A |
| PREVIOUS EMPLOYMENT:  1. City of Somerville - School Dept.  2. Pitman Investments  3. Macy's | DATES:  1.9/00 -present  2.4/99 - 9/00  3.10/96 - 4/97 |
| VEHICLE: (YR,MAKE,MODEL,COLOR,BODY)  1995  Nissan  Maxima  Yellow  Sedan | VEHICLE REG: (STATE NUMBERED)  MA  910ADK |

FORM CONTINUES ON REVERSE

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status. Attach additional pages if necessary.*

| | |
|---|---|
| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☑None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☑None |
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☒ NO ☐ DIZZINESS ☐ FAINTNESS ☐ CHEST PAIN ☐ SHORTNESS OF BREATH IF YES, EXPLAIN: | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☒ NO IF YES, EXPLAIN: |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME,GROUP NUMBER, POLICYHOLDER NUMBER): Harvard Vanguard Medical Assoc. | DO YOU WEAR CORRECTIVE LENSES? ☒ YES ☐ NO ☐ GLASSES ☒ CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP) Rick Sylvester - Father | EMERGENCY CONTACT TELEPHONE NUMBER: (978) 851-0241 |
| APLLICANT'S SIGNATURE: | DATE: 8/31/01 |

---

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy. The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training. It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy. If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F). It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE):

George F. M°Lean Chief

SIGNATURE:

DATE: 9/09/21



Massachusetts Criminal Justice Training Council RECEIVED
31 Shea Memorial Drive, South Weymouth, MA 02190
'01 AUG 35    AM 11 42

APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY

SOMERVILLE PERSONNEL

INSTRUCTIONS:  Application is to be made and submitted by the sponsoring department. Complete and forward original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and a copy to the Academy at which the police training session will be conducted. This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: | |
|---|---|---|
| Police Academy, South Weymouth | | 10/01/01 |

| SPONSORING DEPARTMENT: | LEAPS CODE: |
|---|---|
| Somerville Police Department | MA0093900 (S02) |

| DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE) |
|---|
| 220 Washington Street, Somerville, MA  02143 |

| DEPARTMENT CONTACT: (NAME & POSITION) | TELPHONE NUMBER: |
|---|---|
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME: | SS# |
|---|---|
| Dominic L. PEFINE  JR. 02144 | ~~xxx-xxx-xxxx~~ |

| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE) | DATE OF BIRTH: |
|---|---|
| 54 FRANCESCIA AVE SomervIlle MA | 06-30-70 |

| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL) | TELEPHONE NUMBER: |
|---|---|
| | 617 628-1432 |

| APPLICANT'S POSITION TITLE: | DATE OF APPOINTMENT: (MM/DD/YY) |
|---|---|
| PatRolman    ☒FULL-TIME  ☐PART-TIME | 10-01-01 |

| ☒HIGH SCHOOL (NAME,CITY/TOWN,STATE) Somerville High | ☒COLLEGE PREP |
|---|---|
| ☐GED    YEAR GRAD: 1989    Somerville, MA | ☐BUSINESS ☐VOCATIONAL/TECHNICAL |

| COLLEGE (NAME,CITY/TOWN, STATE)    YEAR OF GRAD: | DEGREE/MAJOR: |
|---|---|
| BHCC    Boston, Massachusetts | CRiminal Justice |

| GRADUATE SCHOOL: (NAME, CITY/TOWN, STATE) | DEGREE/MAJOR |
|---|---|
| — | — |

| MILITARY SERVICE: (BRANCH/OCCUPATIONAL SPECIALTY/HIGHEST RANK ATTAINED) | DATES OF SERVICE: |
|---|---|
| | |

| PREVIOUS EMPLOYMENT: | DATES: |
|---|---|
| 1. City of Somerville - DPW | 1. 9-1-98 - PResent |
| 2. BHCC - Assistant EMT INstRuctor | 2. 1-1-01 - 6-1-01 |
| 3. Chomerics - machivist | 3. 6-97 - 8-98 |

| VEHICLE: (YR,MAKE/MODEL,COLOR,BODY) | VEHICLE REG: (STATE NUMBERED) |
|---|---|
| 1996 Ford ExPloReR  Black  SUV | 227636    MA |

FORM CONTINUES ON REVERSE

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status.  Attach additional pages if necessary.*

| | |
|---|---|
| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☒None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☒None |
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☒NO<br>☐ DIZZINESS ☐ FAINTNESS ☐ CHEST PAIN ☐ SHORTNESS OF BREATH<br>IF YES, EXPLAIN: | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☒NO IF YES, EXPLAIN: |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME,GROUP NUMBER, POLICYHOLDER NUMBER):<br>$Tufts$ $Health$ $Plan$<br>*Thgvvvvbla uln* | DO YOU WEAR CORRECTIVE LENSES? ☒YES ☐ NO ☐ GLASSES ☒CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP)<br>$Dominic$ $PEFinE$ $SR$ | EMERGENCY CONTACT TELEPHONE NUMBER: (617) 617-3577 |
| APLLICANT'S SIGNATURE: | DATE:<br>8 \| 30 \| 01 |

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy.  The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training.  It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy.  If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services.  It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F).  It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

| |
|---|
| CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE):<br>George F. M'Lean /Chief |
| SIGNATURE:                                           DATE:<br>9/09/01 |



Massachusetts Criminal Justice Training Council
31 Shea Memorial Drive, South Weymouth, MA 02190

RECEIVED

'99 AUG 31 PM 12 14

SOMERVILLE PERSONNEL

APPLICATION FOR ENROLLMENT IN A POLICE ACADEMY

INSTRUCTIONS: Application is to be made and submitted by the sponsoring department. Complete and forward original application form to the Supervising Academy Director, at MCJTC, 31 Shea Memorial Drive, South Weymouth, MA 02190, and a copy to the Academy at which the police training session will be conducted. This application shall be returned to the sponsoring department without consideration unless all requested information is supplied and applicable signatures provided.

PLEASE PRINT OR TYPE ALL INFORMATION

| ACADEMY REQUESTED: | START DATE: |
| Police Academy, South Weymouth | 10/01/01 |

| SPONSORING DEPARTMENT: | LEAPS CODE: |
| Somerville Police Department | MA0093900 (S02) |

DEPARTMENT'S ADDRESS: (STREET, CITY/TOWN, ZIP CODE)

220 Washington Street, Somerville, MA 02143

| DEPARTMENT CONTACT: (NAME & POSITION) | TELPHONE NUMBER: |
| Lt. Paul R. Trant | 617-625-1600 |

| APPLICANT NAME: | SS# |
| James M. Donovan | ~~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~~ |

| RESIDENTIAL ADRESS: (STREET, CITY/TOWN, ZIP CODE) | DATE OF BIRTH: |
| 40 Teele Ave  Apt 1, Somerville MA 02144 | 1/16/71 |

| MAILING ADDRESS: (IF DIFFERENT FROM RESIDENTIAL) | TELEPHONE NUMBER: |
| | (617) 628-4674 |

| APPLICANT'S POSITION TITLE: | DATE OF APPOINTMENT: (MM/DD/YY) |
| Police Officer      ☑FULL-TIME  ☐PART-TIME | 10-01-01 |

| ☑HIGH SCHOOL (NAME,CITY/TOWN, STATE) St. Clement., Medford  MA | ☐COLLEGE PREP |
| ☐GED      YEAR GRAD: 1989 | ☐BUSINESS  ☐VOCATIONAL/TECHNICAL |

| COLLEGE (NAME,CITY/TOWN, STATE)   YEAR OF GRAD: 1994 | DEGREE/MAJOR: |
| Umass Lowell, Lowell MA | BS – Accounting |

| GRADUATE SCHOOL: (NAME, CITY/TOWN, STATE) | DEGREE/MAJOR: |
| New England School of Law, Boston, MA | JD |

| MILITARY SERVICE: (BRANCH/OCCUPATIONAL SPECIALTY/HIGHEST RANK ATTAINED) | DATES OF SERVICE: |
| | |

| PREVIOUS EMPLOYMENT: | DATES: |
| 1. Middlesex District Attorneys office | 1. March 2000 – Present |
| 2. State Street Bank + Trust | 2. July 1994 – December 1996 |
| 3. | 3. |

| VEHICLE: (YR,MAKE,MODEL, COLOR,BODY) | VEHICLE REG: (STATE NUMBERED) |
| 2000 Dodge Dakota, Black | MA – 989-YHB |

FORM CONTINUES ON REVERSE

## CERTIFICATION BY APPLICANT

I agree to comply with all regulations, policies, and procedures set forth by the Massachusetts Criminal Justice Training Council with regard to police academy training and understand that I may be subject to dismissal from the Academy for violations or non-compliance thereof. I also agree that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. I certify that I am in good health, physically fit and will possess emergency health care insurance coverage at all times while attending the Academy. I agree that all issues of civil liability shall be determined in accordance with Chapter 26 of Massachusetts General Laws.

*Disclosure of the following does not affect applicant's enrollment status. Attach additional pages if necessary.*

| | |
|---|---|
| CURRENT CHRONIC MEDICAL/PHYSICAL CONDITIONS: ☑None | ALLERGIES: (Medicines, foods, insect bites, Etc.) ☐ None |
| HAVE YOU EXPERIENCED ANY OF THE FOLLOWING DURING EXERCTION? ☐ YES ☑NO ☐ DIZZINESS ☐ FAINTNESS ☐ CHEST PAIN ☐ SHORTNESS OF BREATH IF YES, EXPLAIN: | ARE YOU CURRENTLY TAKING MEDICATIONS? (PRESCRIPTION & NON-PRESCRIPTION) ☐ YES ☑NO IF YES, EXPLAIN: |
| EMERGENCY HEALTH INSURANCE COMPANY: (NAME,GROUP NUMBER, POLICYHOLDER NUMBER): Tufts Health Plan, Commonwealth PPO, # ~~illegible~~, | DO YOU WEAR CORRECTIVE LENSES? ☑YES ☐ NO ☑GLASSES ☑CONTACT LENSES |
| IN CASE OF EMERGENCY, CONTACT: (NAME & RELATIONSHIP) Marie Duff - Fiancee | EMERGENCY CONTACT TELEPHONE NUMBER: (781) 487 - 2405 |
| APLLICANT'S SIGNATURE: | DATE: 8/31/01 |

## CERTIFICATION BY THE CHIEF OF POLICE OF THE SPONSORING DEPARTMENT

This application is approved for attendance at the police academy. The sponsoring department agrees to abide by the regulations, policies and procedures of the Massachusetts Criminal Justice Training Council with regard to police academy training and understands that the program includes physical skill training. It is agreed that the applicant shall be covered by emergency health care insurance at all times while attending the Academy. If the applicant is an employee of the sponsoring department, and that, in case of illness or injury, the Academy staff may take whatever actions are deemed necessary to arrange for emergency medical services. It is agreed that the applicant shall comply with entry-level medical and physical fitness standards as established by the Human Resource Division (HRD) of the Executive Office for Administration and Finance (A&F). It is agreed that all issues of civil liability shall be determined in accordance with Chapter 258 of the Massachusetts General Laws.

CHIEF OF POLICE OF SPONSORING DEPARTMENT (NAME & TITLE): George F. M'Lean / Chief

| SIGNATURE: | DATE: 9/4/01 |
|---|---|

# Commonwealth of Massachusetts

## Criminal Justice Training Council
"Training for Today, Planning for the Future"

31 Shea Memorial Drive
S. Weymouth, MA 02190

(617) 727-7827 Fax: (781) 331-5187

Jane Swift
*Governor*

Jane Perlov
*Secretary of Public Safety*

Chief John A. Ford, Jr.
*Chairman*

Dennis W. Pinkham
*Executive Director*

## OFFICIAL TRANSCRIPT

**DATE**:              August 30, 2001

**NAME**:            Scott A. Whalen

**SS #**:               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

**AFFILIATION**:    Chilmark Police Department

THIS TRANSCRIPT CERTIFIES THAT THE ABOVE-NAMED PERSON HAS
SUCCESSFULLY COMPLETED THE FOLLOWING COURSE(S) SPONSORED BY
THE MASSACHUSETTS CRIMINAL JUSTICE TRAINING COUNCIL.

| **COURSES** | **DATES** | **HOURS** | **GRADE** |
|---|---|---|---|
| Basic Recruit Training At the Norwood Police Academy | 12/07/98 – 04/30/99 | 800 | P (89.2) |

*NOTE: This Transcript is official only when impressed with the Seal of the
Massachusetts Criminal Justice Training Council.*

Renee Johnson, MCJTC
For the Records Officer

**ATTACHMENT N**

NAME OF TRAINEE___Whaler_____Scott_____    A_____
(Please print)              LAST                          FIRST                        M.I.

RECRUIT TRAINING RECORD
COMMONWEALTH OF MASSACHUSETTS

This record is the property of:

## MASSACHUSETTS CRIMINAL JUSTICE TRAINING COUNCIL

BIRTH DATE ____09____ ____07____ ____71____    S.S.# 016 - 54 - 7538
                  MONTH          DAY          YEAR

DEPARTMENT___Chilmark Police Dept_____ DATE OF APPOINTMENT___06/01/97_____

BASIC COURSE GIVEN AT:___Norwood_____ FINAL SCORE: 89.2

**CERTIFICATION OF SCHOOL DIRECTOR:**
I hereby certify that the recruit officer whose named above (has)(has not) satisfactorily completed "The Basic Training Course for Recruit Officers"
as specified by the MCJTC in a school between the dates of ___12/7/98___ and ___4/30/99___
I hereby certify to the accuracy of the above record.

School Director's Signature_____ Date: ___4/30/99___
(Record to be returned to THE MASSACHUSETTS CRIMINAL JUSTICE TRAINING COUNCIL by School Director upon Completion of Certification.)



Commonwealth of Massachusetts

Criminal Justice Training Council
Regional Police Academy at Plymouth
John A. DeGutis, Jr., Academy Director

Obery Heights

Plymouth, MA 02360
(617) 727-0033 Fax: (508) 747-1597

Jane Swift
*Governor*

Jane Perlov
*Secretary of Public Safety*

Chief John A. Ford, Jr.
*Chairman*

Dennis W. Pinkham
*Executive Director*

July 19, 2001

To Whom It May Concern,

The following Officer has attended and successfully completed the Municipal Police Officers Class (26th M.P.O.C.) at the MA Criminal Justice Training Council in Plymouth. Enclosed is the test grade average and a copy of the certificate for Officer Walter J. Collette, Jr.

**Test Grade Average:       90**

Respectfully,

John A. DeGutis, Jr.
Academy Director



**COMMONWEALTH OF MASSACHUSETTS**
**CRIMINAL JUSTICE TRAINING COUNCIL**
WEYMOUTH REGIONAL POLICE ACADEMY

Carl H. Parsons
Academy Director

Jane Swift
Governor

James P. Jajuga
Secretary of Public Safety

144 HOUGHTON ROAD
S. Weymouth, Ma. 02190
Telephone 781-682-9911

Chief William P. Sullivan
Chairman

Dennis W. Pinkham
Executive Director

February 20, 2002

Chief George F. McLean
Somerville Police Department
220 Washington Street
Somerville, MA 02143

Dear Chief McLean:

Listed below are the final academic grade averages for Student Officer attending and successfully completing the Weymouth Regional Police Academy on February 22, 2002.

| | |
|---|---|
| James Donovan | 98.36 |
| Dominic Pefine | 98.00 |
| Sean M. Sylvester | 96.88 |
| Jeffrey J. DiGregorio | 94.33 |
| James F. Slatterty | 94.12 |
| Sean M. Sheehan | 93.33 |
| Timothy S. Mitsakis | 93.10 |
| Marcos Freitas | 89.82 |

As a personal comment I would like to inform you that all of your Officers were a pleasure to train, all having a positive influence on the rest of their class. If I can be of any further assistance to you, please do not hesitate to call.

Carl H. Parsons
Academy Director

**ATTACHMENT O**

2 of 46 DOCUMENTS

ANNOTATED LAWS OF MASSACHUSETTS
Copyright (c) 2004 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* ARCHIVE MATERIAL \*\*\*

\*\*\* THIS DOCUMENT IS CURRENT THROUGH ALL 2004 LEGISLATION \*\*\*

SPECIAL LAWS
TITLE III. CIVIL DEFENSE, MILITARY AFFAIRS AND VETERANS
CHAPTER S35.   PUBLIC OFFICERS AND EMPLOYEES AND CERTAIN OTHER PERSONS IN THE
MILITARY OR NAVAL FORCES (ACTS 1941, CH. 708)

ALM Spec L ch. S35, ß  2   (2004)

ß  2. Reinstatement to Former Position; Military Substitutes.

     Any person referred to in section one who was or shall be separated from the
service of the commonwealth, or any political subdivision thereof, while holding
an office or position classified under chapter thirty-one of the General Laws
shall, if he so requests in writing to the appointing authority within two years
after the termination of his said military or naval service, and if, within said
time, he also files with the division of personnel administration the
certificate of a registered physician that he is not physically disabled or
incapacitated for performing the duties of the office or position, be reinstated
in the office or position previously held by him without civil service
examination and without loss of seniority or other rights, or in case that
physical or other disability prevents his reinstatement in the same position and
his request for reinstatement states that he is willing to accept reinstatement
in another position, he shall be reinstated in a similar class or grade or in a
lower class or grade and shall be so employed without civil service examination
and without loss of seniority or other rights if his physical condition, as
certified by a registered physician, permits such employment; provided, that if
he so requests reinstatement in the office or position formerly held by him and
it has been filled prior to the effective date of this act by a permanent
appointment, he shall be employed in a similar position in the same or in some
other department. All appointments, transfers and promotions made on account of
such leaves of absence shall be temporary only and the person so appointed,
transferred or promoted shall be known as a military substitute; provided, that,
notwithstanding any provision of said chapter thirty-one to the contrary, he may
continue to serve in such office or position until the incumbent is reinstated
therein or until the time within which he has a right to be reinstated has
expired, and if the incumbent has not been reinstated as provided herein said
military substitute shall, if his appointment as such military substitute was
made in accordance with the civil service law and rules governing examination,
certification and appointment, continue in the position and his seniority rights
shall date from his appointment as such military substitute. In the event that a
permanent vacancy not caused by or related to the absence of the incumbent in
said military or naval service occurs in a position of the same or similar rank
or grade as that then occupied by a military substitute, said military

substitute may be appointed to such permanent vacancy and his seniority rights shall date from his appointment as such military substitute; provided, that the appointment of such military substitute was made in accordance with the civil service law and rules governing examination, certification and appointment; and provided, further, that such appointment does not prejudice the rights of any person who has notified the division of personnel administration that he is serving or has served in said military or naval service and whose name is or was on an eligible list at the time of commencing said military or naval service; and provided, further, that such permanent appointment of the military substitute shall be made in accordance with the civil service law and rules governing certification to an original position, except that the basis of certification shall be the order of appointment as military substitute or, in the case of appointments on the same date, the order which names were certified for appointment.

**HISTORY:** 1941, 708 ß  2; 1945, 610, ß  1; 1974, 835, ß  159

**NOTES:**

CROSS REFERENCES--
    Rights of civil service permanent employees with respect to reinstatement, see ALM GL c 31 ß  39.

6 of 46 DOCUMENTS

ANNOTATED LAWS OF MASSACHUSETTS
Copyright (c) 2004 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* ARCHIVE MATERIAL \*\*\*

\*\*\* THIS DOCUMENT IS CURRENT THROUGH ALL 2004 LEGISLATION \*\*\*

SPECIAL LAWS
TITLE III. CIVIL DEFENSE, MILITARY AFFAIRS AND VETERANS
CHAPTER S35.  PUBLIC OFFICERS AND EMPLOYEES AND CERTAIN OTHER PERSONS IN THE
MILITARY OR NAVAL FORCES (ACTS 1941, CH. 708)

ALM Spec L ch. S35, ß 3  (2004)

ß 3. Permanent Appointees Entering or in Military Service; Temporary
Appointments, Transfers or Promotions of Military Substitutes.

Any person who is permanently appointed to an office or position classified
under said chapter thirty-one after certification from an eligible list, but,
before commencing to serve therein, enters said military or naval service, shall
be permanently employed in such office or position upon the termination of his
said military or naval service, subject to a probationary period; provided, that
he so requests in writing, within three months after such termination of
service, and files with the division of personnel administration the certificate
of a registered physician that he is not physically disabled or incapacitated
for performing the duties of the office or position. Any appointment, transfer
or promotion to fill such office or position while he is so serving shall be
temporary only and shall be filled by a military substitute who shall hold such
office or position subject to the same limitations and with the same rights as a
military substitute appointed under section two.

Any person who is in such military or naval service and who is certified in
accordance with the civil service law and rules to a permanent office or
position classified under chapter thirty-one of the General Laws may be
permanently appointed to such office or position and employed therein provided
he makes request for employment in writing of the appointing authority within
three months after termination of such military or naval service, and files with
the division of personnel administration the certificate of a registered
physician that he is not physically disabled or incapacitated for performing the
duties of the office or position. Any such appointment shall be subject to a
probationary period to be served upon actual employment after return from the
military or naval service. Any appointment, transfer or promotion to fill such
office or position while he is so serving shall be temporary only and shall be
filed by a military substitute who shall hold such office or position, subject
to the same limitations and with the same rights as a military substitute
appointed under section two.

Any person in the military or naval service who has passed a civil service
examination, or whose name is on the civil service eligible list for the labor

service, and because of such service was unable to appear for the physical examination and strength test, or either of them, shall have his name placed on the eligible list for which he has qualified and his name shall be certified for consideration in appointment and he may be appointed in accordance with the civil service law and rules, provided, however, that if he so requests in writing to the appointing authority within three months after termination of his military or naval service, he shall be employed in such position, subject to a probationary period, provided that prior to such employment he passes the physical examination and strength test for which he was unable to appear because of his military or naval service. Any appointment, transfer or promotion to fill such office or position while he is so serving shall be temporary only and shall be filled by a military substitute who shall hold such office or position subject to the same limitations and with the same rights as a military substitute appointed under section two.

**HISTORY:** 1941, 708, ß  3; 1943, 548, ß  2; 1967, 7; 1970, 66, ß ß  1-3; 1974, 835, ß ß  162, 163

## MEMORANDUM

To:     Appointing Authorities
        Mayors of Cities
        Town Managers
        Selectman of Towns
        City and Town Clerks

From:  Omar Hernández, Human Resources Division, Deputy General Counsel

Date:  March 7, 2003

Re:    Creating an Intermittent Force as an Alternative for Appointment for Candidates
       called to Active Military Duty

---

The most recent world events have led the United States to activate men and
women throughout the Commonwealth who are in the Reserves, National Guard, Coast
Guard, or various other branches of the United States military as part of the military
response to terrorism. The following information explains how to create an intermittent
force as an alternative for appointment for candidates who are reachable for appointment
on civil service eligible lists and have been called to active military duty.

When the names of persons who are presently in military service appear on a certification,
they are allowed to accept positions, and other persons may be appointed on a temporary
basis as "military substitutes." However, an important issue that continues to recur among
communities is that individuals appointed as military substitutes have expressed
substantial concern regarding their rights if a list expires and those persons on active
military service return and claim the rights to such positions. Pursuant to Chapter 708 of
the Acts of 1941, an appointment, transfer and promotion as a military substitute is
considered to be only temporary.  Consequently, a military substitute is not afforded even
limited civil service benefits.  Over the past few months, many communities have
indicated to the Human Resources Division that few candidates are willing to leave
permanent jobs and serve in the temporary position of a military substitute with no rights
to be placed on a re-employment list when a candidate returning from active military duty
displaces the military substitute.

The Human Resources Division is the State agency charged with administering a merit
system that is effective and responsive to the needs of the Commonwealth's public
employers. In accordance with this responsibility, the Human Resources Division has
established the following proposal as an option for communities to address the difficult
issue of military substitutes.

Although there is no requirement pursuant to federal or state law that requires a

**ATTACHMENT Q**

community to select a military candidate, this same candidate cannot be dismissed without consideration because they have been called to active military duty When a community that is in the process of selecting individuals for appointment to the police or fire force, discovers that the top individuals appearing on a certification list are on active military service and are not available to accept an appointment, it may request to establish an intermittent Police or Fire force.

The category of intermittent force has always been available to communities and it is designed to provide Appointing Authorities with a roster of authorized permanent civil service employees who provide extra personnel in emergency or special situations on a short-term basis. There is no statutory limit on the size of intermittent forces in cities and towns.

The Massachusetts General Laws do not establish a specific procedure for a city or town to follow in establishing an intermittent force. The Human Resources Division will recognize the creation of an intermittent force upon receipt of a letter from the Appointing Authority containing the statement that the municipality has established an intermittent force, the effective date of that action, and a statement that future certifications should recognize that category of employment.

Once a community has established an intermittent force, the Appointing Authority would prepare a requisition (          ) for the number of permanent intermittent vacancies that are to be filled. When the Human Resources Division receives the requisition, a certification of names from the existing eligible list for Police Officer or Fire Fighter is issued to the Appointing Authority.

Please note that if a community is subject to the provisions of the *NAACP v. Beecher* or *Castro v. Beecher* Consent Decrees, the order of certification from the roster to full-time vacancies will be affected in the following ways.

If the community roster contains the names of Black or Hispanic intermittent officers, the first Black or Hispanic candidate listed on the roster will be certified ahead of all non-minority candidates on the roster, without reference to respective appointment dates. The name of the second-ranked Black or Hispanic officer will then be certified in the fifth position, continuing in this order so that Black or Hispanic candidates are certified in a one-to-three ratio with non-minority candidates throughout the certification, as required by the provisions of the decrees.

If the roster does not contain the names of Black or Hispanic intermittent officers and the community is subject to the provisions of the federal Consent Decree, the Human Resources Division will issue a certification which merges the names of minority candidates from the eligible list with non-minority candidates from the roster, again maintaining the one-to-three ratio required by the terms of the Consent Decree. The candidates from the eligible list must be considered together with those candidates from the roster. If an insufficient number of minority candidates to be considered in the one-

to-three ratio respond and are willing to accept in a Consent Decree community, the Appointing Authority should contact the Human Resources Division.
Once the candidates have been selected for appointment, the Appointing Authority follows standard appointment procedures in returning the signed certification, appointment papers, and supporting documentation for audit and approval to the Human Resources Division.

When the community has a full time vacancy to be filled, the Appointing Authority may select individuals for appointment who are on active military service. The Appointing Authority will state that the military candidates are being appointed to the intermittent force pending the successful completion of the medical/physical abilities testing process. Once the individual is appointed, the Appointing Authority should file a leave of absence for the candidate on active military duty and request authorization from the Human Resources Division to fill the full time position on a temporary basis. When the military candidate returns from active service, the employee who has been filling the full-time vacancy on a temporary basis would return to the intermittent roster. At this time, the Appointing Authority may fill the permanent full-time position from the intermittent roster containing those candidates who were on active military service.

If you have any further questions concerning this matter, please feel free to contact me at (617) 727-3555, extension 727.