UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MCLAIN<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOMERVILLE,<br><br>Defendant | USDC C.A. No. 04-CV-11833-RCL |

## AFFIDAVIT OF THOMAS MCLAIN

Now comes the affiant who, with personal knowledge of the matters set forth below deposes and says:

1. My name is Thomas McLain and I am the plaintiff in the above-captioned matter. I live in Somerville, Massachusetts.

2. I am employed as a police officer with the Massachusetts Bay Transportation Authority ("MBTA").

3. In May 1999, I took and passed a Massachusetts civil service examination for the position of police patrol officer.

4. On or about January 5, 2000, I enlisted in the United States Army for a period of time that was to last until January 4, 2002.

5. From May 2000 until December 6, 2001, I was stationed at Fort Lewis, Washington State. As of December 6, 2001, I was considered to be on "transitional leave", and I was physically residing in Somerville, Massachusetts.

6. I was notified by mail that Somerville was considering appointing police patrol officers and that as an eligible candidate, I would have to sign a register to signify that I wished to be considered. I did so.

7. I was not selected for appointment as a Somerville police officer. Kathleen DiCaccio, who I knew to be a personnel official with the City, told me in a telephone conversation in approximately mid-September 2001 that I would not be selected because I was unable to be released from the Army in time to start a police academy on October 1, 2001. This was confirmed in a memo I later received signed by the City's personnel director, a true and accurate copy of which is attached to this affidavit as Attachment A.

8. I know that eight of the selected candidates were enrolled in a police academy starting on October 1, 2001 and that three were not because they had previously completed academy training in connection with other police employment. The eight attendees each were assigned a "final academic grade average", known as their "academy score". I know that they began performing law enforcement duties as Somerville police officers shortly after February 22, 2001.

9. I know that the three selected candidates who did not attend the October 1, 2001, South Weymouth police academy began performing law enforcement duties as Somerville police officers not long after October 1, 2001, after having completed a brief, "in-house" period of orientation.

10. The eleven officers who were selected on or about August 31, 2001 remain on the Somerville police force today.

11. I know that the total annual compensation of Somerville police officers includes a base salary, which is set by a collective bargaining agreement between their collective bargaining representative and the City, and a series of differentials and stipends, set out in that collective bargaining agreement, that pertain to such things as working on weekends and nights and having certain academic degrees. Officers with the same length of service may make different amounts of basic salary, depending on whether they are eligible for one or more of these differentials and stipends.

12. I know that Somerville police officers are eligible to work on an overtime basis. When the Police Department needs officers on an overtime basis, as a general rule, these opportunities are offered to the officers in the order of their seniority and based on the number of overtime hours they have already worked. In most instances, officers are free to accept or decline the offered opportunities.

13. Somerville police officers are also eligible to work "paid details" during their off-duty hours. The collective bargaining agreement provides that officers are offered the opportunity to work these paid details in order of their seniority and based on the number of detail hours they have worked.

14. Certain employment benefits for Somerville police officers, such as the order of eligibility for overtime and paid details, are allocated on the basis of seniority. Although the eleven police officers who commenced their employment with the City on or about October 1, 2001 have the same date of hire, their "departmental" seniority date compared to one another

is determined by their respective "academy score". The score used for this purpose for the three officers who had attended a different police academy is the score they received from their respective academies. They range from 98.36 to 89.2.

15. I completed a police academy following my appointment as an MBTA police officer. My academy score was 92, which, if I were to be slotted in with the other officers selected on August 31, 2001, would place me in the number 8 position.

16. I have gathered publicly-available information concerning the total annual compensation the City has paid to the 11 officers appointed on August 31, 2001 since their appointments. The information contained in paragraphs 43, 45, 47 and 48 contains the information I obtained.

17. During 2002, I earned, from all employment, $35,727.00.

18. During 2003, my total compensation was $33,332.00.

19. In 2004, I received total compensation in the amount of $71,032.59, which was made up of a base salary of $40,113.84 and the rest in the form of paid details and overtime.

20. My year-to-date earnings from my MBTA employment total $36,492. Of that amount, $8985 is attributable to overtime and $8778 is attributable to paid details.

21. Since I started with the MBTA police, I have tried to maximize my income by working as many overtime and paid detail opportunities as possible. I would have done the same if instead I had been employed by the Somerville Police Department.

22. As of May 1, 2005, the City has not hired any additional police officers since the officers who began on or about October 1, 2001.

23. I have been and continue to be eligible for appointment to the position of Somerville police officer.

Signed under the pains and penalties of perjury.

_____
Thomas H. McLain

Dated: June ____, 2005

22. As of May 1, 2005, the City has not hired any additional police officers since the officers who began on or about October 1, 2001.

23. I have been and continue to be eligible for appointment to the position of Somerville police officer.

Signed under the pains and penalties of perjury.

*Thomas H. McLain*
Thomas H. McLain

Dated: June _10_, 2005



# CITY OF SOMERVILLE, MASSACHUSETTS
## JOSEPH A. CURTATONE
### MAYOR

March 3, 2004

To Whom It May Concern:

This is to verify that Thomas H. McLain, Jr., of 24 Otis Street, Somerville, MA 02145, was bypassed on Police Certification #201258 due to unavailability while on active military duty.

Lawrence J. Murphy
Personnel Director


**ATTACHMENT A**

 

CITY HALL • 93 HIGHLAND AVENUE • SOMERVILLE, MASSACHUSETTS 02143
(617) 625-6600, EXT. 2100 • TTY: (617) 666-0001 • FAX: (617) 625-3434 • www.ci.somerville.ma.us
Email: jcurtatone@ci.somerville.ma.us

Celoni Espinola-Mesa Teacher $50,583.01 $50,583.01

Holly Kane Moloney Teacher $50,561.43 $50,561.43

Patrice Hobbs Teacher $50,311.39 $50,311.39

David Ginivisian Teacher $50,296.38 $50,296.38

Betty Saccoccio Teacher $50,140.74 $50,140.74

Joanne Spurio Teacher $50,096.61 $50,096.61

Linda Manzelli Teacher $50,079.29 $50,079.29

Phyllis Reichart Teacher $50,061.39 $50,061.39

Patricia Gill-Jehanno Teacher $50,061.39 $50,061.39

Patricia Creedon Teacher $50,061.39 $50,061.39

Maureen Robichaux Teacher $50,061.39 $50,061.39

Mario Barros Teacher $50,061.39 $50,061.39

Joan M. Duffy Teacher $50,061.39 $50,061.39

Ines Goncalves Teacher $50,061.39 $50,061.39

Elizabeth Benedikt Teacher $50,061.39 $50,061.39

POLICE

Emp. name   Title   Overtime   Detail   Regular pay   Gross Earnings

James McNally Patrolman $13,982.88 $56,642.00 $83,636.93 $154,261.81

Michael Devereaux Lieutenant $16,354.72 $23,670.50 $109,304.38 $149,329.60

George McLean Chief of Police $0.00 $120.00 $138,107.73 $138,227.73

Michael Cabral Lieutenant $18,774.11 $13,185.00 $105,864.97 $137,824.08

Melvin Story Captain $17,886.00 $0.00 $119,323.99 $137,209.99

John Gobiel Patrolman $9,024.71 $46,432.00 $81,134.56 $136,591.27

John O'Connor Captain $7,306.83 $4,741.00 $117,504.49 $129,552.32

Daniel Matthews Captain $2,289.12 $3,488.00 $118,499.96 $124,277.08

Joseph Macarelli Sergeant $12,781.55 $17,859.00 $93,340.81 $123,981.36

John Marino Sergeant $10,505.50 $20,220.00 $91,798.44 $122,523.94

Robert Bradley Captain $3,566.98 $117,573.90 $121,140.88

James Polito Lieutenant $7,351.26 $22,998.00 $90,417.93 $120,767.19

Michael Ameral Patrolman $6,288.20 $39,488.70 $73,922.70 $119,699.60

Carmine Vivolo Sergeant $17,536.83 $2,565.00 $97,080.20 $117,182.03

Bruce Campbell Patrolman $6,164.67 $32,284.00 $78,387.00 $116,835.67

Michael Silva Patrolman $11,041.72 $34,573.50 $70,439.77 $116,054.99

Wolff Berrouet Patrolman $5,055.19 $32,589.50 $77,156.12 $114,800.81

Leo Martini Patrolman $5,849.50 $36,545.50 $71,550.07 $113,945.07

Louis Remigio Patrolman $6,037.58 $33,890.00 $73,654.12 $113,581.70

Ross O'Meara Patrolman $7,661.71 $32,018.00 $73,527.76 $113,207.47

Thomas Leyne Patrolman $2,603.95 $37,522.50 $72,684.55 $112,811.00

Nicholas Stiles Patrolman $2,672.95 $47,211.50 $62,315.59 $112,200.04

Gerard Rymill Sergeant $6,345.92 $12,760.00 $91,831.10 $110,937.02

Michael Gaughan Sergeant $7.267.23 $9,871.00 $93,404.27 $110,542.50

Derrick Dottin Patrolman $8,001.46 $31,478.00 $70.626.89 $110,106.35

Patricia Silveira Lieutenant $9,599.72 $496.00 $99,753.43 $109,849.15

Daniel Hyde Lieutenant $2,532.94 $106,452.83 $108,985.77

Robert Driscoll Patrolman $6,025.04 $29,427.00 $73,321.84 $108,773.88

Stephen Carrabino Sergeant $7,345.05 $8,742.00 $92,607.38 $108,694.43

Paul Upton Lieutenant $2,798.33 $1,558.00 $103,126.54 $107,482.87

John Leuchter Patrolman $6,134.59 $32,741.50 $68,298.54 $107,174.63

Robert Hickey Patrolman $7,179.81 $15,449.70 $84,482.18 $107,111.69

Paul Trant Lieutenant $7,144.12 $99,926.40 $107,070.52

John Jones Lieutenant $11,314.50 $95,685.92 $107,000.42

Charles Femino Lieutenant $4,039.41 $101,663.63 $105,703.04

James Tatosky Captain $188.40 $104,915.76 $105,104.16

Clifford Mansir Patrolman $2,987.19 $26,987.00 $73,828.88 $103,803.07

Francis Kelley Lieutenant $354.71 $102,026.31 $102,381.02

Neil Collins Patrolman $1,408.35 $30,291.00 $70,151.06 $101,850.41

Dorothy Nardone Patrolman $1,811.42 $18,930.00 $80,648.84 $101,390.26

Neil Brennan Patrolman $3,977.77 $23,153.00 $72,785.75 $99,916.52

John Vozella Sergeant $9,062.29 $90,238.16 $99,300.45

Joseph McCain Sergeant $4,211.20 $3,623.00 $90,129.09 $97,963.29

William Carr Patrolman $3,377.44 $27,994.00 $64,994.66 $96,366.10

Anthony Nargi Sergeant $4,352.60 $91,505.41 $95,858.01

Michael Kennelly Patrolman $3,283.41 $20,462.50 $72,108.33 $95,854.24

Jonathan Thermidor Patrolman $6,613.01 $25,874.00 $62,506.47 $94,993.48

Bernard Cotter Sergeant $3,832.66 $3,104.00 $87,873.47 $94,810.13

James Hyde Patrolman $10,465.79 $84,069.73 $94,535.52

Scott Whalen Patrolman $4,240.13 $29,292.75 $60,955.06 $94,487.94

Richard Lavey Jr. Patrolman $5,999.75 $32,129.50 $53,593.96 $91,723.21

James Stanford Sergeant $3,565.48 $4,816.00 $82,228.73 $90,610.21

Paul Duffy Patrolman $3,956.46 $10,158.50 $75,993.40 $90,108.36

Daniel Rego Patrolman $4,833.37 $15,194.50 $70,016.31 $90,044.18

Robert Kelleher Patrolman $3,589.67 $10,680.00 $74,849.26 $89,118.93

John Aufiero Sergeant $6,283.12 $5,504.00 $76,882.04 $88,669.16

Kevin Shackelford Patrolman $6,220.26 $6,930.00 $72,250.43 $88,400.69

Alan Monaco Patrolman $7,019.76 $12,088.00 $68,387.50 $87,495.26

John Christensen Sergeant $777.10 $86,445.64 $87,222.74

Scott Trant Patrolman $5,879.60 $6,920.50 $74,333.28 $87,133.38

Joseph Vivolo Patrolman $331.38 $16,965.00 $69,454.23 $86,750.61

Michael Brown Patrolman $4,331.48 $13,129.00 $67,252.99 $84,713.47

Edward Reddin Patrolman $379.08 $20,480.00 $63,764.94 $84,624.02

Rico Sidoro Patrolman $3,365.48 $2,446.00 $78,653.01 $84,464.49

Warren Chaille Patrolman $1,822.56 $12,768.50 $69,206.37 $83,797.43

James Rooney Sergeant $38.22 $388.00 $83,254.95 $83,681.17

Joseph Pestana Jr. Sergeant $83,517.56 $83,517.56

James Hodgdon Patrolman $852.90 $19,224.00 $63,321.83 $83,398.73

Robert Vozella Patrolman $7,355.95 $248.00 $74,492.82 $82,096.77

Steve St. Hilaire Patrolman $866.93 $12,584.50 $68,457.51 $81,908.94

Dominic Pefine Jr. Patrolman $3,651.06 $31,583.50 $46,659.18 $81,893.74

William Rymill Jr. Patrolman $2,378.41 $11,721.50 $67,602.98 $81,702.89

James Brown Patrolman $5,860.78 $75,430.89 $81,291.67

Steven Johnson Patrolman $3,857.05 $13,398.00 $63,780.49 $81,035.54

Gerald Reardon Patrolman $4,061.24 $2,863.00 $73,467.38 $80,391.62

Dominic Pefine Sergeant $404.28 $79,952.82 $80,357.10

Lance Covert Patrolman $2,297.40 $18,025.00 $59,987.29 $80,309.69

Dennis Silva Sergeant $1,987.39 $120.00 $77,431.13 $79,538.52

Daniel Ryan Jr. Patrolman $1,201.24 $12,860.00 $65,443.81 $79,505.05

Martha Costa Patrolman $2,112.53 $10,946.00 $66,209.64 $79,268.17

Michael McGrath Patrolman $552.30 $3,000.00 $75,246.19 $78,798.49

Edward Sullivan Patrolman $1,279.49 $12,214.00 $65,104.32 $78,597.81

John Tam Patrolman $1,212.74 $3,600.00 $73,681.38 $78,494.12

Mario Oliveira Patrolman $4,528.95 $23,642.50 $50,299.39 $78,470.84

Patrick Irving Jr. Patrolman $294.13 $9,406.00 $68,554.35 $78,254.48

Maryanne Manfra Patrolman $2,372.99 $6,970.00 68,469.97 77,812.96

David Fallon Patrolman $5,713.71 $8,918.00 $63,051.13 $77,682.84

William Nolan Patrolman $606.05 $14,749.00 $62,216.27 $77,571.32

Keith Winfield Patrolman $3,144.00 $24,517.00 $49,657.53 $77,318.53

Michael Mulcahy Patrolman $860.23 $12,282.00 $64,066.75 $77,208.98

Bernadette Sullivan Patrolman $1,460.85 $5,086.00 $69,440.74 $75,987.59

Alessandro Capobianco Patrolman $2,181.99 $6,060.50 $67,622.97 $75,865.46

Michael O'Donnell Lieutenant $6,417.26 $1,205.00 $68,090.89 $75,713.15

William McCarthy Patrolman $347.49 $2,480.00 $72,809.56 $75,637.05

John Mahoney Jr. Patrolman $1,239.93 $10,039.00 $64,313.52 $75,592.45

Michael Kiely Patrolman $2,112.54 $997.50 $71,854.35 $74,964.39

Michelle Benkovic Patrolman $74,752.94 $74,752.94

John Oliveira Patrolman $1,402.91 $11,958.00 $61,196.68 $74,557.59

John Pino Patrolman $1,035.55 $3,936.00 $68,964.81 $73,936.36

Michael Wyatt Patrolman 5,116.66 6,419.00 $62,282.05 $73,817.71

David Monte Patrolman $2,561.56 $7,442.00 $63,006.29 $73,009.85

Kathryn McDaid Patrolman $3,032.18 $2,091.00 $67,527.00 $72,650.18

Christopher Ward Patrolman $72,111.21 $72,111.21

Carlos Melo Patrolman $1,034.28 $11,653.00 $59,293.00 $71,980.28

Walter Collette Jr. Patrolman $1,618.30 $18,541.00 $51,567.95 $71,727.25

Anthony Manzelli Patrolman $136.19 $71,554.03 $71,690.22

William Donovan Patrolman $1,585.56 $9,124.00 $60,804.54 $71,514.10

James Slattery Jr. Patrolman $3,038.06 $18,997.50 $48,244.59 $70,280.15

Patricia Elpidoforos Patrolman $69,408.44 $69,408.44

Joseph Fahey Patrolman $2,274.46 $16,174.50 $50,088.53 $68,537.49

Thomas Ahearn Patrolman $493.61 $7,069.00 $67,789.78 $68,283.39

Scott Gamble Patrolman $366.63 $3,392.00 $63,222.76 $66,981.39

Ernest Nadile Jr. Patrolman $1,263.56 $8,457.00 $56,858.06 $66,578.62

Joseph Blair Patrolman $65,737.71 $65,737.71

Lisa Shah Patrolman $3,740.12 $1,408.00 $60,379.30 $65,527.42

Ronald White Jr. Patrolman $1,328.01 $6,793.75 $57,028.27 $65,150.03

Kerry Hogan Patrolman $916.09 $4,651.00 $58,946.98 $64,514.07

Richard Gilberti Patrolman $1,062.22 $62,896.49 $63,958.71

James Donovan Patrolman $4,412.42 $13,198.00 $46,230.80 $63,841.22

Mary Cunningham Patrolman $63,575.84 $63,575.84

Vincent Melchionno Patrolman $1,010.84 $2,347.50 $60,183.13 $63,541.47

George Dervishian Patrolman $705.37 $4,022.00 $58,609.08 $63,336.45

Stephen Reddin Patrolman $66.11 $368.00 $61,632.61 $62,066.72

Robert McCoy Patrolman $455.64 $60,738.75 $61,194.39

Timothy Doherty Patrolman $1,035.55 $4,495.00 $55,018.65 $60,549.20

David Lyons Patrolman $891.63 $57,846.11 $58,737.74

Shannon Dottin Patrolman $157.95 $120.00 $54,558.29 $54,836.24

Christopher Peacock System Manager $51,629.42 $51,629.42

FIRE

Richard DeSimone Sergeant $9,945.02 $22,932.00 $93,473.43 $126,350.45

Kevin Kelleher Chief $118,012.68 $118,012.68

John Memory Deputy Chief $11,178.52 $103,071.88 $114,250.40

David Salvi Deputy Chief $10,409.73 $103,138.20 $113,547.93

Stephen Keenan Deputy Chief $10,235.06 $103,035.87 $113,270.93

**2003 Payroll Report**

Mark Nicholson 56,423.51 56,423.51 firefighter

Brian Herman 7,896.97 47,029.48 54,926.45 fire alarm operator

William Barbeau 3,343.75 744.00 50,079.89 53,423.64 firefighter

Stephen Belski 3,396.79 2,590.00 49,888.38 53,285.17 firefighter

Joseph Rossi 52,763.20 52,763.20 firefighter

John Fitzgerald 5,934.25 2,689.50 46,018.15 51,952.40 firefighter

Charles Richardson 5,302.20 3,341.00 46,429.43 51,731.63 firefighter

Patrick Barry 3,530.44 1,984.00 47,712.65 51,243.09 firefighter

Stephen Finn 4,711.90 3,494.00 46,498.30 51,210.20 firefighter

Julian Davis 4,406.13 1,643.50 45,972.15 50,378.28 firefighter

**Police**

Emp Name   overtime   Detail   Regular   Gross Earnings   title

James McNally 12,572.49 61,768.50 84,017.20 158,358.19 patrolman

George McLean 0.00 0.00 131,788.35 131,788.35 chief of police

Melvin Story 19,155.76 0.00 112,507.10 131,662.86 captain

John Gobiel 11,773.41 43,261.50 76,510.94 131,545.85 patrolman

James Polito 7,122.37 23,111.00 97,408.17 127,641.54 lieutenant

Stephen Carrabino 7,254.95 16,299.50 103,049.95 126,604.40 sergeant

Michael Silva 10,524.65 44,601.50 70,961.25 126,087.40 patrolman

Michael Devereaux 10,668.63 13,689.00 101,549.97 125,907.60 lieutenant

Michael Ameral 9,569.39 43,813.50 71,627.25 125,010.14 patrolman

John Oconnor 3,171.47 7,318.50 113,834.79 124,324.76 captain

Richard Desimone 4,987.98 29,397.10 89,257.34 123,642.42 sergeant

Michael Cabral 10,324.11 14,401.50 98,715.32 123,440.93 lieutenant

Bruce Campbell 8,718.54 34,084.00 77,607.44 120,409.98 patrolman

Leo Martini 8,087.24 43,152.50 68,306.57 119,546.31 patrolman

**ATTACHMENT C**

Joseph Macarelli 6,653.42 24,539.00 88,017.10 119,209.52 sergeant

Nicholas Stiles 2,414.23 55,263.00 60,915.84 118,593.07 patrolman

Carmine Vivolo 5,191.95 11,397.00 101,759.96 118,348.91 sergeant

Daniel Matthews 1,849.18 3,528.00 112,507.10 117,884.28 captain

Michael Gaughan 4,812.75 22,074.50 89,727.89 116,615.14 sergeant

Ross Omeara 10,558.35 36,411.25 69,563.34 116,532.94 patrolman

John Marino 4,294.19 25,023.00 86,981.62 116,298.81 sergeant

Thomas Leyne 8,086.39 36,961.50 71,074.36 116,122.25 patrolman

Wolff Berrouet 4,016.22 38,507.40 73,342.23 115,865.85 patrolman

John Leuchter 6,988.83 39,019.20 66,472.88 112,480.91 patrolman

Derrick Dottin 8,712.69 33,632.85 69,729.82 112,075.36 patrolman

John Jones 238.49 19,253.50 92,189.68 111,681.67 lieutenant

Robert Hickey 10,704.27 24,844.50 76,041.84 111,590.61 patrolman

Robert Driscoll 8,293.51 34,428.50 68,765.53 111,487.54 patrolman

Robert Bradley 3,319.23 0.00 108,063.56 111,382.79 captain

Robert Kelleher 5,475.48 30,582.00 72,965.49 109,022.97 patrolman

John Vozella 6,829.22 8,156.00 93,484.76 108,469.98 sergeant

Neil Collins 5,042.31 32,803.00 70,444.49 108,289.80 patrolman

Paul Trant 7,035.41 1,515.00 99,386.73 107,937.14 lieutenant

Louis Remigio 7,400.46 30,227.00 70,090.34 107,717.80 patrolman

Neil Brennan 6,252.16 25,586.50 75,251.54 107,090.20 patrolman

Paul Upton 8,256.50 4,396.00 94,102.36 106,754.86 lieutenant

Gerard Rymill 2,193.54 13,351.50 90,122.48 105,667.52 sergeant

Clifford Mansir 2,223.52 31,927.00 70,446.04 104,596.56 patrolman

Daniel Hyde 3,010.92 0.00 99,381.65 102,392.57 lieutenant

James Stanford 3,830.04 12,361.00 85,776.82 101,967.86 sergeant

Charles Femino 6,972.07 0.00 94,327.72 101,299.79 lieutenant

James Donovan 6,177.95 29,506.00 65,269.25 100,953.20 patrolman

Keith Winfield 6,437.64 37,002.50 57,142.88 100,583.02 patrolman

John Aufiero 3,337.80 22,542.50 72,526.09 98,406.39 sergeant

Francis Kelley 558.95 0.00 95,971.74 96,530.69 lieutenant

Scott Trant 7,846.05 16,632.00 71,938.12 96,416.17 patrolman

James Hyde 12,326.01 0.00 83,077.66 95,403.67 patrolman

William Carr 1,426.93 29,993.50 63,675.84 95,096.27 patrolman

Kevin Shackelford 5,944.65 20,007.00 68,699.26 94,650.91 patrolman

Daniel Rego 3,283.02 11,819.00 78,876.29 93,978.31 patrolman

James Slattery Jr 8,139.35 32,722.50 52,701.24 93,563.09 patrolman

Anthony Nargi 2,837.72 2,121.50 87,899.21 92,858.43 sergeant

William Rymill Jr 2,186.23 19,445.00 70,785.20 92,416.43 patrolman

Bernard Cotter 916.53 6,186.50 84,877.89 91,980.92 sergeant

Jonathan Thermidor 5,365.55 25,729.50 60,605.44 91,700.49 patrolman

Joseph Mccain 1,240.01 2,805.00 87,570.47 91,615.48 sergeant

David Fallon 2,376.61 10,795.00 78,051.12 91,222.73 patrolman

Scott Whalen 4,533.08 34,967.50 51,719.19 91,219.77 patrolman

Richard Lavey Jr 5,422.22 37,518.25 45,714.52 88,654.99 patrolman

James Hodgdon 2,285.11 25,254.50 60,834.30 88,373.91 patrolman

Mario Oliveira 3,520.30 30,509.00 53,868.41 87,897.71 patrolman

William Nolan 739.38 25,578.80 60,625.36 86,943.54 patrolman

Martha Costa 2,945.92 17,267.10 66,381.61 86,594.63 patrolman

Rico Isidoro 7,618.24 3,836.50 74,964.60 86,419.34 patrolman

Paul Duffy 4,063.68 10,737.00 71,561.68 86,362.36 patrolman

Michael Kiely 6,103.73 12,291.00 67,928.95 86,323.68 patrolman

Alan Monaco 8,896.79 20,186.50 57,104.24 86,187.53 patrolman

Michael Kennelly 4,541.48 17,200.50 64,437.31 86,179.29 patrolman

Edward Reddin 1,197.10 23,723.50 61,131.21 86,051.81 patrolman

William Mccarthy 4,256.98 10,134.00 70,257.82 84,648.80 patrolman

Michael Murphy 7,201.44 9,679.00 67,538.72 84,419.16 patrolman

James Brown 7,538.83 8,059.00 68,476.31 84,074.14 patrolman

Daniel Ryan Jr 1,140.77 18,548.00 63,973.67 83,662.44 patrolman

Dominic Pefine Jr 3,519.88 28,297.00 51,428.98 83,245.86 patrolman

Steven Johnson 2,004.85 14,773.00 66,401.39 83,179.24 patrolman

Dennis Silva 2,016.17 0.00 81,135.92 83,152.09 sergeant

Steve St Hilaire 1,469.46 15,689.50 65,985.51 83,144.47 patrolman

James Tatosky 0.00 0.00 82,895.18 82,895.18 captain

Lance Covert 1,540.71 23,551.50 57,091.71 82,183.92 patrolman

John Mahoney Jr 4,101.57 16,219.00 61,704.36 82,024.93 patrolman

James Rooney 1,442.09 79,387.38 80,829.47 sergeant

Joseph Pestana Jr 0.00 0.00 80,637.58 80,637.58 sergeant

Michael Mcgrath 1,783.25 9,223.50 69,594.36 80,601.11 patrolman

Sean Sheehan 2,810.81 22,991.50 54,313.16 80,115.47 patrolman

Patricia Silveira 2,384.90 0.00 76,980.84 79,365.74 lieutenant

Patrick Irving Jr 1,139.10 12,721.00 64,776.30 78,636.40 patrolman

Kathryn Costa 4,675.71 5,686.00 68,169.06 78,530.77 patrolman

Robert Ankenbauer 1,501.35 19,059.50 57,846.31 78,407.16 patrolman

Gerald Reardon 3,075.15 4,803.00 70,058.93 77,937.08 patrolman

Joseph Vivolo 787.03 17,485.00 59,637.16 77,909.19 patrolman

John Christensen 0.00 0.00 77,583.71 77,583.71 sergeant

Dorothy Nardone 1,654.29 5,104.00 70,815.41 77,573.70 patrolman

Robert Vozella 6,166.06 3,128.00 67,816.12 77,110.18 patrolman

Marcos Freitas 2,156.74 31,578.00 43,296.25 77,030.99 patrolman

Timothy Doherty 595.11 18,421.50 57,856.65 76,873.26 patrolman

Maryanne Manfra 1,579.84 8,387.00 66,454.51 76,421.35 patrolman

Jeffrey Digregorio 3,116.05 11,656.50 60,109.62 74,882.17 patrolman

Scott Gamble 966.73 13,763.00 59,579.68 74,309.41 patrolman

Sean Sylvester 3,531.80 17,841.00 51,425.82 72,798.62 patrolman

Michael Mulcahy 1,231.76 9,528.50 61,669.02 72,429.28 patrolman

Edward Sullivan 2,553.00 15,031.00 53,699.53 71,283.53 patrolman

William Donovan 1,510.27 10,990.50 58,632.78 71,133.55 patrolman

David Monte 1,347.95 9,184.00 59,883.44 70,415.39 patrolman

Warren Chaille 845.22 8,481.50 61,043.95 70,370.67 patrolman

Walter Collette Jr 1,141.76 20,213.50 48,489.21 69,844.47 patrolman

Christopher Ward 43.15 0.00 69,472.87 69,516.02 patrolman

Anthony Manzelli 125.09 0.00 69,065.53 69,190.62 patrolman

Bernadette Sullivan 440.12 1,632.00 66,601.96 68,674.08 patrolman

Michael Wyatt 3,258.56 4,941.00 59,831.88 68,031.44 patrolman

Carlos Melo 492.24 8,024.50 58,054.14 66,570.88 patrolman

Patricia Elpidoforos 0.00 0.00 65,451.35 65,451.35 patrolman

Alessandro Capobianco 41.42 2,941.00 61,911.50 64,893.92 patrolman

Lisa Shah 4,168.44 6,432.00 53,759.68 64,360.12 patrolman

Ronald White Jr 2,105.63 6,802.50 55,240.66 64,148.79 patrolman

Thomas Ahearn 424.51 4,864.50 57,907.06 63,196.07 patrolman

Michael Brown 1,471.73 0.00 61,656.36 63,128.09 patrolman

Stephen Reddin 210.57 1,024.00 60,044.63 61,279.20 patrolman

John Oliveira 1,647.24 1,636.50 57,868.77 61,152.51 patrolman

David Lyons 3,230.54 256.00 56,490.51 59,977.05 patrolman

George Dervishian 782.79 1,932.00 56,831.71 59,546.50 patrolman

Richard Gilberti 499.69 0.00 58,717.09 59,216.78 patrolman

Timothy Mitsakis 1,271.16 15,112.00 42,332.08 58,715.24 patrolman

John Pino 0.00 1,792.00 53,171.63 54,963.63 crime analyst

Fred Hartsgrove 6,830.83 371.98 47,263.50 54,466.31 fleet mgr/mechanic

Shannon Dottin 0.00 0.00 52,668.89 52,668.89 patrolman

Mary Cunningham 0.00 0.00 51,932.76 51,932.76 patrolman

**Schools**

Albert Argenziano 134,230.00 134,230.00 Supt

Marie Ferrari 104,673.36 104,673.36 Assist Supt

Robert Snow 102,673.45 102,673.45 Assist Supt

Steven Jenkins 102,673.45 102,673.45 Administrator

Thomas Galligani 95,751.00 95,751.00 SHS principal

Anthony Caliri 94,978.16 94,978.16 Administrator

Marilyn Hagerty 94,487.28 94,487.28 Brown principal

Frank Ferraro 92,553.04 92,553.04 Capuano principal

William Driscoll 90,668.49 90,668.49 Healey principal

Louis Piacentini 90,498.93 90,498.93 SPED dir

Michael Pabian J 89,985.18 89,985.18 Kennedy principal

Elaine McMichael 89,461.38 89,461.38 art, music supervisor

## Salaries for Somerville Police Officers Hired October 1, 2001

| Officer | Base Pay | OT | Details | Gross |
|---|---|---|---|---|
| 1) Richard Lavey | $71,115.67 | $20,208.71 | $32,112.50 | $123,436.88 |
| 2) James Donovan | $72,420,09 | $13,996.97 | $31,676.00 | $118,093.06 |
| 3) Scott Whalen | $70,342.77 | $17,706.74 | $29,627.75 | $117,677.26 |
| 4) James Slattery Jr. | $60,347.41 | $14,017.51 | $34,945.50 | $109,310.42 |
| 5) Walter Collette Jr. | $71,787.85 | $7,317.66 | $16,887.00 | $95,992.51 |
| 6) Sean Sheehan | $62,575.69 | $10,246.75 | $22,378.00 | $95,200.44 |
| 7) Dominic PeFine Jr. | $56,922.60 | $13,317.66 | $24,790.50 | $95,030.76 |
| 8) Jeffrey DiGregorio | $68,335.39 | $7,740.09 | $11,416.50 | $87,491.98 |
| 9) Timothy Mitsakis | $75,645.88 | $3,306.63 | $8,286.00 | $87,238.51 |
| 10) Marco Freitas | $55,914.11 | $13,369.37 | $17,446.50 | $86,729.98 |
| 11) Sean Sylvester | $58,465.43 | $9,667.91 | $7,939.00 | $76,072.34 |

The average salary for in 2004 for a patrol officer hired 10/1/01 is **$99,296.74**

**ATTACHMENT D**