UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS MCLAIN,

    Plaintiff,

v.

CITY OF SOMERVILLE,

    Defendant

USDC C.A. No. 04-CV-11833-RCL

**PLAINTIFF'S MOTION FOR LEAVE
TO SUBMIT MEMORANDUM IN EXCESS OF TWENTY PAGES**

The Plaintiff moves the Court under Local Rule 7.1(b)(4) for leave to file a memorandum that exceeds twenty pages. In support of his motion, counsel for the plaintiff states that the memorandum in question is the statement of reasons in support of his motion for summary judgment. The following factors contributed to counsel's inability to address all of the issues within the twenty-page limit set out in Local Rule 7.1.

First, the plaintiff has moved for judgment as a matter of law on two issues, liability and damages. Each, thus, has had to be substantively covered in this submission.

Second, as to liability, this case involves a matter of first impression under the federal Uniform Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301 *et seq.*, and thus a substantial portion of the memorandum has had to be devoted to discussing the history of the legislation and related legal decisions.

Third, because the court has previously directed the parties to address in their primary submissions the issues that they anticipate will be raised in their opponent's cross-motion for summary judgment, portions of this memorandum were devoted to topics that, absent that direction, would likely have been covered in an opposition to a cross-motion for summary judgment. Here, the City has previously raised two defenses, one substantive (the plaintiff's "unavailability") and one in the nature of an equitable defense ("laches"), that the plaintiff has addressed in this memorandum.

Fourth, as to damages, the parties are in substantial disagreement as to whether under USERRA the plaintiff's economic damages can properly include compensation for lost overtime and "paid details". Thus it has been necessary for the plaintiff to devote a portion of his memorandum to addressing that matter.

Respectfully submitted,

By his attorneys,

_/s/ James F. Lamond_
James F. Lamond, BBO #544817
Alan J. McDonald, BBO #330960
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA  01772-1834
(508) 485-6600

Dated:  June 10, 2005

## CERTIFICATE OF SERVICE

    I, James F. Lamond, hereby certify that I have this day by first-class mail, postage prepaid, served a copy of the foregoing Plaintiff's Motion For Leave To Submit Memorandum In Excess Of Twenty Pages upon Matthew J. Buckley, Esq., Office of the City Solicitor, City of Somerville, City Hall, 93 Highland Avenue, Somerville, Massachusetts  02143.

Dated:  June 10, 2005                 _/s/ James F. Lamond_
                                                  James F. Lamond