UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS McLAIN,         )
    Plaintiff          )
                       )
V.                     )    C.A. No. 04CV 11833 RCL
                       )
CITY OF SOMERVILLE,    )
    Defendant          )

**ASSENTED MOTION TO ENLARGE TIME**

Now comes the Defendant, City of Somerville, and seeks to enlarge the time to file summary judgment motions in the above-captioned matter. Summary Judgment motions are due today, June 10, 2005. In support of its Motion, defendant states that its attorney, Matthew Buckley, was required to respond to an unanticipated matter this week when a short order of notice was issued on a Motion for Preliminary Injunction in another case, Timmons v. The City of Somerville, Middlesex Superior Court, C.A. No. 05-1766. The hearing on that case was heard June 9, 2005 at 2 p.m. No further requests to enlarge time are anticipated.

    Plaintiff's counsel assents to the motion.

    WHEREFORE, Defendants respectfully request this Court extend the time required to file Summary Judgment motions up to and including June 17, 2005.

ASSENTED TO:

Respectfully submitted
City of Somerville,
By its attorney

*James F. Lamond (mjb)*
James F. Lamond, Esq,
McDonald & Associates
Cordaville Office Center
153 Cordaville Rd., Suite 210
Southboro, MA 01772
508-485-6600
BBO# 544817

*Matthew J. Buckley*
Matthew J. Buckley
Assistant City Solicitor
93 Highland Avenue
City Hall, Law Department
Somerville, MA 02143
617-625-6600 x4403
BBO# 553390

### CERTIFICATE OF SERVICE

I, Matthew J. Buckley, Attorney for the Defendant City of Somerville hereby certify that I have served the above Assented Motion to Enlarge Time upon the Plaintiff by mailing same, postage prepaid to the following:

James F. Lamond
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772

Date: June 10, 2005

*Matthew J. Buckley*
Matthew J. Buckley
Assistant City Solicitor