UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
THOMAS McLAIN,              )
        Plaintiff           )
                            )
V.                          )     C.A. No. 04CV 11833 RCL
                            )
CITY OF SOMERVILLE,         )
        Defendant           )
```

## MOTION FOR SUMMARY JUDGMENT

Now comes the defendant and, in accordance with Fed.R.Civ.P. 56 (b) and LR 56.1, moves for summary judgment in its favor. The defendant states that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law based upon the inapplicability of USERRA in the circumstances, the lack of any evidence whatever that the defendant's complained of action was based upon or motivated by the plaintiff's membership in the armed services and based upon the plaintiff's unreasonable delay in bringing this action.

In support of it's Motion the defendant relies upon its Concise Statement of Material Facts, Memorandum in Support of Motion for Summary Judgment and attachments.

Respectfully submitted
City of Somerville,
By its attorney

Matthew J. Buckley
Assistant City Solicitor
93 Highland Avenue
City Hall, Law Department
Somerville, MA 02143
617-625-6600 x4403
BBO# 553390

## CERTIFICATE OF SERVICE

I, Matthew J. Buckley, Attorney for the Defendant City of Somerville, hereby certify that I have served the foregoing Motion For Summary Judgment, Concise Statement of Material Facts, Memorandum in Support of Summary Judgment and all attachments upon the Plaintiff by mailing same, postage prepaid to the following:

>James F. Lamond
>McDonald & Associates
>Cordaville Office Center
>153 Cordaville Road, Suite 210
>Southborough, MA  01772

Dated:    June 15, 2005

Matthew J. Buckley
Assistant City Solicitor