UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS McLAIN, <br> Plaintiff <br> <br> V. <br> <br> CITY OF SOMERVILLE, <br> Defendant | ) <br> ) <br> ) <br> ) C.A. No. 04CV 11833 RCL <br> ) <br> ) <br> ) |

**CONCISE STATEMENT OF MATERIAL FACTS**

1. In late 2000, the City of Somerville, Massachusetts decided it was necessary to hire police officers. It notified the Human Resources Division of the Civil Service Commission requesting a list of eligible candidates. See, Affidavit of Kathleen DiCiaccio, Attachment ``A''.

2. Due to changes in circumstances over the time of selection the number of candidates chosen was eventually enlarged from five to eleven new hires. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 2.

3. The name of the plaintiff, Thomas McLain, was included on the lists of eligible candidates provided by the Human Resources Division. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 4.

4. The plaintiff indicated on the relevant civil service form that he was willing to accept the position of police officer in the City of Somerville.

5. The plaintiff has never been employed by the defendant City of Somerville.

6. At the time of hiring in August, 2001, the plaintiff indicated he was willing to accept employment with the City of Somerville.

7. When he indicated he was willing to accept employment as a police officer with the City of Somerville the plaintiff was performing full time military duty and was stationed in Washington State. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 5.

8. In August, 2001, upon being notified of his potential selection as a police officer, and being informed that the required police academy was to begin on October 1, 2001, the plaintiff informed the City that he would not be able to accept due to his full time active duty at Fort Lewis in Washington State. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 10.

9. No request was made by the plaintiff to accommodate his clear inability to be in Massachusetts at the time the police academy was to commence. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 13.

10. The City received a letter of thanks from the plaintiff, indicating no dissatisfaction or objection, on November 1, 2001. See, November 1, 2001, letter of plaintiff, Attachment ``B''.

11. The matter before the bar was filed on August 26, 2004.

12. The City found the plaintiff to be an outstanding candidate for police officer and was prepared to hire him to attend the police academy commencing on October 1, 2001.

See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 8.

13. The plaintiff did not return to Massachusetts until December 6, 2001.

14. Five others bypassed in the selection process in 2001 filed bypass appeals with the Massachusetts Civil Service Commission. Those cases were settled by placing those individuals at the top of the next four civil service lists. See, Affidavit of Francis X. Wright, Attachment ``C'' Paragraph 9.

15. The City of Somerville does not conduct its own police academy. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 9.

16. Whenever the City of Somerville hires police officers it must wait until a police academy class is scheduled by the Massachusetts Criminal Justice Training Council. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraphs 12 through 15.

17. No person may work as a police officer in Massachusetts without completing the training required by the Massachusetts Criminal Justice Training Council. M.G.L. c. 41 §96B.

18. The City's failure to select the plaintiff was due to the impossibility of his attendance at the police academy on October 1, 2001. See, Affidavit of Kathleen DiCiaccio, Attachment ``A'' Paragraph 10.

        Respectfully submitted
        City of Somerville,
        By its attorney

        Matthew J. Buckley
        Assistant City Solicitor
        93 Highland Avenue
        City Hall, Law Department
        Somerville, MA 02143
        617-625-6600 x4403
        BBO# 553390

## CERTIFICATE OF SERVICE

I, Matthew J. Buckley, Attorney for the Defendant City of Somerville, hereby certify that I have served the foregoing Motion For Summary Judgment, Concise Statement of Material Facts, Memorandum in Support of Summary Judgment and all attachments upon the Plaintiff by mailing same, postage prepaid to the following:

        James F. Lamond
        McDonald & Associates
        Cordaville Office Center
        153 Cordaville Road, Suite 210
        Southborough, MA  01772

Dated:    June 15, 2005

        Matthew J. Buckley
        Assistant City Solicitor