ATTACHMENT "B"

Thomas H. Mc Lain Jr.
2560 D Ruddell Rd. S.E.
Lacey, WA 98503
(360) 412-1730
November 1, 2001

Kathy DiCiaccio
Somerville City Hall
Personal Department
93 Highland Avenue
Somerville, MA 02143

Dear Kathy:

Hi! How are you doing?  I am writing you, to show my appreciation.  I want to say thank-you for all the help that you've given me in this past process.  Weather it was allowing me more time to get items back to you if needed or trying to make arrangements with the interview.

It was a pleasure to work with you, and when given another chance at becoming a Somerville Police Officer I look forward to working together, and that I will be a good enough candidate to get selected.

I am sorry it took me so long to write and say Thank you, but with everything that has been going on since the beginning of September I have been extremely busy, weather it be standing by for deployments or other security issues.

Well Thank you again, and I hope to work with you again soon. Take care.

Sincerely,

Thomas H. Mc Lain Jr