ATTACHMENT "C"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS McLAIN, ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) <br> CITY OF SOMERVILLE, ) <br> Defendant ) | C.A. No. 04CV 11833 RCL |

NOW comes Francis X. Wright, Jr. and having been duly deposed and sworn states as follows:

1. That I am an attorney licensed to practice by the Commonwealth of Massachusetts since 1985.

2. That from July 1999 to the present I have been an Assistant City Solicitor for the City of Somerville.

3. That I have represented the City of Somerville as to Civil Service Commission appeals filed by Timothy F. Sullivan ("Sullivan"), Thomas Smith ("Smith"), Stephen M. Jones ("Jones"), Michael McMahon ("McMahon") and Steven R. McCarthy ("McCarthy") as relate to their respective bypass for appointment as police officers to the Somerville Police Department from police appointment Certification #201258 as received from the Commonwealth of Massachusetts Human Resources Division.

4. That the appeals of Sullivan, Smith and Jones were filed in 2001. The Civil Service Commission notice received by the City states that Mr. Sullivan's appeal, the first of these appeals, was filed on September 25, 2001.

5. That the appeals of McMahon and McCarthy were filed in 2002. The Civil Service Commission notice received by the City, states that Mr. McCarthy's appeal, the last of these appeals, was filed on April 18, 2002.

2

6. That individual pre-hearing conferences were held before the Civil Service Commission.

7. That thereafter the city's attorneys and all the appellants, with their respective counsel, appeared before Civil Service Commissioner Daniel O'Neil on December 3, 2002 for a joint pre-hearing conference to discuss the possible joint resolution of the appeals.

8. That thereafter the five appellants, their attorneys and the City conducted ongoing global settlement discussions.

9. That the Settlement Agreement places the five appellants at the top of the next four regular police appointment certification lists or until four appointments are made off of such appointment lists.

10. That on December 26, 2003 the parties filed a Settlement Agreement with the Civil Service Commission, along with a joint motion requesting approval of the settlement.

11. That the Civil Service Commission thereafter approved the Settlement Agreement on or about October 7, 2004.

Signed under the pains and penalties of perjury this 15th day of June, 2005.

*Francis X. Wright, Jr.*