UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MCLAIN<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SOMERVILLE,<br><br>   Defendant | USDC C.A. No. 04-CV-11833-RCL |

**PLAINTIFF'S UNOPPOSED MOTION TO
SUBSTITUTE PAPER NO. 20, HIS OPPOSITION TO
DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

The plaintiff moves the Court for leave to withdraw and re-file paper number 20, his opposition to the defendant's cross-motion for summary judgment. Plaintiff seeks to include in that opposition substantive content, pertaining to the equitable affirmative defense of laches, that was previously included in his memorandum in support of his own motion for summary judgment, which memorandum must be re-filed in a shorter form to comply with the Court's ruling on his motion for leave to file a memorandum in excess of twenty pages.

In support of his motion, plaintiff states that the content in question was included not in support of his own motion but rather in anticipation of a defense plaintiff expected the defendant to offer in its own cross-motion for summary judgment. Its arguably unnecessary inclusion was one reason that plaintiff's memorandum exceeded twenty pages. Plaintiff would like the opportunity to include this still-relevant content where it probably should have

been included in the first place, that is, in his opposition to the defendant's dispositive motion.

Counsel for the defendant does not oppose the allowance of this motion.

> For the plaintiff,
>
> THOMAS MCLAIN
>
> By his attorneys,
>
> _____
> Alan J. McDonald, BBO #330960
> James F. Lamond, BBO #544817
> McDonald & Associates
> Cordaville Office Center
> 153 Cordaville Road, Suite 210
> Southborough, MA  01772
> 508-485-6600

Date: July 6, 2005

### CERTIFICATE OF SERVICE

I, James F. Lamond, hereby certify that I have this day by first-class mail, postage prepaid served a copy of the foregoing Plaintiff's Unopposed Motion To Substitute Paper No. 20, His Opposition To Defendant's Cross-Motion For Summary Judgment case upon Matthew J. Buckley, Esq., Office of the City Solicitor, City of Somerville, City Hall, 93 Highland Avenue, Somerville, Massachusetts 02143.

Dated: July 6, 2005

_____
James F. Lamond