## McDonald, Lamond & Canzoneri

Attorneys at Law
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772-1834

Alan J. McDonald
James F. Lamond
Jack J. Canzoneri
Mark A. Hickernell
Olinda R. Marshall
Jason R. Powalisz

Of Counsel
Emily J. Novick
Martin Kantrovitz

Tel. (508) 485-6600
(617) 928-0080
FAX (508) 485-4477
(617) 928-0081

In Memoriam
Vida K. Berkowitz
(1994-2005)

July 19, 2006

**VIA ELECTRONIC CASE FILING**

Lisa Hourihan, Deputy Clerk
United States District Court
  District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re: Thomas H. McLain, Jr.
v.  City of Somerville
    USDC Civil Action No. 04-CV-11833-RCL

Dear Ms. Hourihan:

This office is counsel to the plaintiff in the above-referenced matter. The Court has previously issued a summary judgment ruling on the merits and has set the matter down for further proceedings on the remaining remedial issues. On behalf of both parties, I am writing pursuant to Section II(E) of the Plan for Alternative Dispute Resolution in the District of Massachusetts to request that this case be referred to a settlement conference. The parties have further agreed to have the settlement conference conducted by Magistrate Judge Sorokin if that is possible.

Thank you for bringing this referral request to the Court's attention.

Very truly yours,

/s/ James F. Lamond

JFL/sh
cc: Thomas H. McLain, Jr.
    Mathew Buckley, Assistant City Solicitor

