**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**THOMAS MCLAIN**
               **Plaintiff(s)**

     V.

**CITY OF SOMERVILLE**
               **Defendant(s)**

CIVIL ACTION

NO. **04-11833-RCL**

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ **Magistrate Judge Sorokin** for the following ADR program:

- _____ SCREENING CONFERENCE
- _____ MEDIATION
- _____ SUMMARY JURY TRIAL
- _____ SPECIAL MASTER
- _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
- _____ EARLY NEUTRAL EVALUATION
- _____ MINI-TRIAL
- \_X\_\_\_\_ SETTLEMENT CONFERENCE

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

**7/20/06**                                               **/s/ Reginald C. Lindasy**
DATE                                                     UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_ | Antitrust | \_\_\_\_ |
| Civil Rights | \_\_\_\_ | Contract | \_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_ |
| ERISA | \_\_\_\_ | FELA | \_\_\_\_ |
| Labor Relations | \_\_\_\_ | Medical Malpractice | \_\_\_\_ |
| Personal Injury | \_\_\_\_ | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_ | | |
| Other | | _____ | |

(ADR order of ref.wpd - 4/12/2000)                                                         [orefadr.]